UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 20  4 08 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

TRAVELERS CASUALTY & : CIVIL ACTION NO.: 302CV408GLG
SURETY COMPANY OF :
AMERICA :
　:
　　　Plaintiff, :
v. :
　:
TIG INSURANCE COMPANY, :
　:
　　　Defendant. : OCTOBER 14, 2003

## MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES

TIG Insurance Company ("TIG"), respectfully moves, pursuant to Fed. R. Civ. P. 15(a), for leave to file its First Amended Answer and Affirmative Defenses. TIG seeks to add an affirmative defense to the First Count and Second Count of the Complaint (both alleging breach of contract) based on mutual mistake.

As grounds for this motion, TIG states that:

　　　1.　　Travelers alleges that in October, 1996, Travelers and TIG entered into an enforceable oral contract that they would each defend The Weitz Company against claims made against The Weitz Company in Shoreline Care Limited Partnership v. Jansen and Rogan Consulting Engineers, P.C., et al., Connecticut Superior Court for the Judicial District of New Haven, Docket No. CV 94-0155982-S (the Shoreline Care matter). Travelers alleges that Travelers and TIG agreed to share the costs of defense, 50-50.

**ORAL ARGUMENT
IS NOT REQUESTED**

CBA//418658.1

2. Assuming, arguendo, that Travelers and TIG made a contract (which allegation TIG denies), at the time of the making of the contract both Travelers and TIG mistakenly believed that TIG owed The Weitz Company a defense in the <u>Shoreline Care</u> matter.

3. The Weitz Company was neither an insured nor an additional insured of TIG and TIG owes to The Weitz Company no duty to defend.

4. Any contract by and between TIG and Travelers was based on a mutual mistake as to a basic assumption on which the contract was made, and is therefore, voidable by TIG.

5. The granting of TIG's motion for leave to amend will not delay the trial or otherwise prejudice Travelers. The Court's Order dated September 23, 2003 provides that the case must be ready for trial by September 15, 2004. No discovery has occurred.

6. A copy of TIG's First Amended Answer and Affirmative Defenses is attached hereto. The only change to the original Answer is the addition of the Fifth Defense.

WHEREFORE, TIG respectfully requests that the Court grant this Motion for Leave to File First Amended Answer.

DEFENDANT
TIG INSURANCE COMPANY

BY _/s/ Calum B. A_____
R. Cornelius Danaher, Jr.
Federal Bar No.: ct5350
Calum B. Anderson
Federal Bar No.: ct07611
DANAHER, LAGNESE & NEAL, P.C.
Capitol Place
21 Oak Street
Hartford, CT 06106
(860) 247-3666

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid on this 14th day of October, 2003, to all counsel of record and pro se parties as follows:

Peter M. Nolin
Stephanie A. McLaughlin
Sandak, Friedman, Hennessey &
 Greco, LLP
970 Summer Street
Stamford, CT 06905

_____
Calum B. Anderson