FILED

Oct 30  4 10 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 302CV408(GLG) |
| TIG INSURANCE COMPANY, | : |
| Defendant. | : October 29, 2003 |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION

The Plaintiff hereby moves for a 30 day extension of time, through and including December 17, 2003, to respond to Defendant's First Set of Interrogatories and Request for Production. This is the Plaintiff's first motion for an extension of time to respond to said discovery. The undersigned has inquired of opposing counsel representing TIG Insurance Company with regard to Plaintiff's request and said counsel has indicated he has no objection to the same. Plaintiff requires this extension of time to formulate responses and gather the requested documents.

Wherefore, the Plaintiff respectfully moves for a 30 day extension of time to respond to Defendant's First Set of Interrogatories and Request for Production.

THE PLAINTIFF,
TRAVELERS CASUALTY &
SURETY COMPANY OF AMERICA

By _____
Peter M. Nolin (ct 06223)
Sandak Hennessey & Greco, LLP
970 Summer Street
Stamford, CT 06905
(203) 425-4200
(203) 325-8608 (fax)
Its Attorney.

## CERTIFICATION

I certify that a copy of the foregoing was sent via first class mail on this 29th day of October, 2003 to:

R. Cornelius Danaher, Jr. (ct5250)
Calum B. Anderson (ct07611)
Danaher, Lagnese & Neal, P.C.
Capitol Place
21 Oak Street
Hartford, CT 06106

_____
Peter M. Nolin (ct06223)

2