ex time

FILED
Oct 30  4 10 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : 302CV408(GLG) |
| TIG INSURANCE COMPANY, | : |
| Defendant. | : October 29, 2003 |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION

The Plaintiff hereby moves for a 30 day extension of time, through and including December 17, 2003, to respond to Defendant's First Set of Interrogatories and Request for Production. This is the Plaintiff's first motion for an extension of time to respond to said discovery. The undersigned has inquired of opposing counsel representing TIG Insurance Company with regard to Plaintiff's request and said counsel has indicated he has no objection to the same. Plaintiff requires this extension of time to formulate responses and gather the requested documents.

Wherefore, the Plaintiff respectfully moves for a 30 day extension of time to respond to Defendant's First Set of Interrogatories and Request for Production.

Motion GRANTED on consent.

Gerard L. Goettel, USDJ
11/3/03