18

not leave

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 20  [illegible] PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

TRAVELERS CASUALTY &       :    CIVIL ACTION NO.: 302CV408GBG
SURETY COMPANY OF          :
AMERICA                    :
                           :
    Plaintiff,             :
v.                         :
                           :
TIG INSURANCE COMPANY,     :
                           :
    Defendant.             :    OCTOBER 14, 2003

Motion GRANTED in the absence of opposition.

Gerard L. Goettel, USDJ

11-17-03

## MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES

TIG Insurance Company ("TIG"), respectfully moves, pursuant to Fed. R. Civ. P. 15(a), for leave to file its First Amended Answer and Affirmative Defenses. TIG seeks to add an affirmative defense to the First Count and Second Count of the Complaint (both alleging breach of contract) based on mutual mistake.

As grounds for this motion, TIG states that:

1.  Travelers alleges that in October, 1996, Travelers and TIG entered into an enforceable oral contract that they would each defend The Weitz Company against claims made against The Weitz Company in <u>Shoreline Care Limited Partnership v. Jansen and Rogan Consulting Engineers, P.C., et al.</u>, Connecticut Superior Court for the Judicial District of New Haven, Docket No. CV 94-0155982-S (the <u>Shoreline Care</u> matter). Travelers alleges that Travelers and TIG agreed to share the costs of defense, 50-50.

**ORAL ARGUMENT
IS NOT REQUESTED**

CBA//418658.1