## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA,                              :

          Plaintiff,                          :      CIVIL ACTION  NO.

v.                                               :      302CV408(GLG)

                             :

TIG INSURANCE COMPANY,                           :

          Defendant.                          :      December 16, 2003

## PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME
## TO RESPOND TO DEFENDANT'S FIRST SET OF INTERROGATORIES
## AND REQUEST FOR PRODUCTION

The Plaintiff hereby moves for an additional 30 day extension of time, through and including January 20, 2004, to respond to Defendant's First Set of Interrogatories and Request for Production.  This extension is necessitated by the fact that the pertinent records to be produced and which would serve as the basis for interrogatory responses, were delivered by Travelers to Iowa counsel in connection with the related action by the insured Weitz Company. Since the underlying case settled, Travelers has attempted to assemble and ship these documents to the undersigned counsel, but has not yet effected that transfer.

The undersigned counsel needs additional time to and including January 20, 2004 to respond to Defendant's Interrogatories and Request for Production.  The undersigned counsel made inquiry of defense counsel Calum B. Anderson, yesterday but has not yet had a response and therefore is unable to determine whether the Defendant consents or objects to this extension