**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------X
TRAVELERS CASUALTY & SURETY    :
COMPANY OF AMERICA,            :
                               :
        Plaintiff,             :        ORDER
                               :
    -against-                  :
                               :        3: 02 CV 408 (GLG)
TIG INSURANCE COMPANY,         :
                               :
        Defendant.             :
------------------------------X
```

Plaintiff's motion for extension of time through and including January 20, 2004 to respond to Defendant's first set of Interrogatories and Requests for Production [Doc. #23] is hereby **Granted.**

**SO ORDERED.**

**Dated:   December 22, 2003**
**         Waterbury, CT**                          /s/
                                            **Gerard L. Goettel**
                                                **U.S.D.J.**