UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA | : CIVIL ACTION NO. 3:02CV408GIG |
| Plaintiff, | : |
| v. | : |
| TIG INSURANCE COMPANY, | : |
| Defendant. | : MARCH 3, 2004 |

FILED
MAR 2 28 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## AFFIDAVIT PURSUANT TO FED. R. CIV. P. 37(a)(2)(A) and LOCAL RULE 37(a)(2)

I, Calum B. Anderson, do hereby depose and say:

1. I am over 18 years of age and understand the obligations of making an oath.

2. I am an attorney for the defendant, TIG Insurance Company ("TIG"), in the above-referenced matter.

3. TIG has filed a Motion to Compel, of even date, seeking an order to compel the plaintiff, Travelers Casualty and Surety Company of America ("Travelers"), to answer interrogatories, produce a discovery log and to produce documents for which no privilege is claimed.

4. I hereby certify that I have conferred with counsel for Travelers in a good faith effort to secure the disclosure without court action.

Dated this 3 day of March, 2004.

_____
Calum B. Anderson

_____
Notary Public

CBA//425288.1

PATRICIA M. DeRISO
*NOTARY PUBLIC*
MY COMMISSION EXPIRES AUG. 31, 2004

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid on this **3** day of March, 2004, to all counsel of record and pro se parties as follows:

Peter M. Nolin
Stephanie A. McLaughlin
Sandak, Friedman, Hennessey &
 Greco, LLP
970 Summer Street
Stamford, CT 06905

_____
Calum B. Anderson

CBA/SFM/425292.1

- 3 -