**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION  NO. |
| v. | : | 302CV408(GLG) |
| | : | |
| TIG INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | March 11, 2004 |

## MOTION TO EXTEND PRE-TRIAL DEADLINES

Plaintiff Travelers Casualty & Surety Company of America respectfully moves for an extension, of four months, of all pre-trial deadlines previously set in this case.  As a result of the related litigation in Iowa, up until recently Travelers has had difficulty in locating the applicable documents requested by the Defendants in discovery.  As a result of this delay, the parties have not completed fact discovery and, to date, no depositions have been taken by either party.  Currently, all discovery is scheduled to expire on May 31, 2004 and fact discovery is scheduled to be completed on March 15, 2004.  Plaintiff believes that an extension of four months will permit the parties to complete the exchange of all documents at issue and take the few depositions which may be necessary to present this case for trial.

This is the second Motion for Extension of Time of Pre-trial Deadlines.

Plaintiff has attempted to obtain the position of counsel for the Defendant, Calum Anderson, but has not had a response to an e-mail inquiry made to him on March 10, 2004, as of the time of making this motion.

Wherefore, Plaintiff respectfully requests a four month extension of the current pre-trial

deadlines in this action.

**THE PLAINTIFF,
TRAVELERS CASUALTY &
SURETY COMPANY OF AMERICA**


By_____
        Peter M. Nolin (ct 06223)
        Sandak Hennessey & Greco LLP
        970 Summer Street
        Stamford, CT  06905
        (203) 425-4200
        (203) 325-8608 (fax)
        pnolin@shglaw.com
        Its Attorney.

## CERTIFICATION

I certify that a copy of the foregoing was sent via Federal Express on this 11th day of

March, 2004 to:

Calum B. Anderson (ct07611)
R. Cornelius Danaher, Jr. (ct5250)
Danaher, Lagnese & Neal, P.C.
21 Oak Street, #700
Hartford, CT 06106

                                        _____
                                        Peter M. Nolin (ct06223)

2