```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------X
TRAVELERS CASUALTY & SURETY       :
COMPANY OF AMERICA,               :
                                  :
        Plaintiff,                :      ORDER
                                  :
    -against-                     :
                                  :      3: 02 CV 408 (GLG)
TIG INSURANCE COMPANY,            :
                                  :
        Defendant.                :
----------------------------------X
```

Plaintiff's motion to extend pre-trial deadlines by four months is **granted**. Discovery will be due by September 30, 2004 and Dispositive motions are due October 29, 2004.

　　　　**SO ORDERED.**

**Dated:   March 23, 2004**
**　　　　 Waterbury, CT**　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　Gerard L. Goettel
　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.