# *Travelers v TIG Privilege Log*

| | |
|---|---|
| *Bates #* | 0010-0012 |
| *Date* | 7/11/1996 |
| *Author* | Gerald Zwick |
| *Type* | fax communication |
| *Recipient(s)* | Sharone Kornman, Atty Gene Cooney |
| *Subject* | coverage issue Weitz |
| *Privilege* | attorney client/work product |
| *Bates #* | 0013 |
| *Date* | 7/16/1996 |
| *Author* | Atty Gene Cooney |
| *Type* | letter |
| *Recipient(s)* | Gerald Zwick |
| *Subject* | Wausau letter |
| *Privilege* | attorney client/work product |
| *Bates #* | 0014 |
| *Date* | 8/5/1996 |
| *Author* | Atty Gene Cooney |
| *Type* | letter |
| *Recipient(s)* | Gerald Zwick |
| *Subject* | correspondence from Attorney Stewart |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| **Bates #** | 0044 |
| **Date** | 10/8/1996 |
| **Author** | Gerald Zwick |
| **Type** | fax transmission |
| **Recipient(s)** | Atty Gene Cooney |
| **Subject** | draft letter to Weitz |
| **Privilege** | attorney client/work product |
| **Bates #** | 0887- 0888 |
| **Date** | 8/3/2002-815/02 |
| **Author** | Atty Peter Nolin, Atty David Blackwell, Lorrie Hassan |
| **Type** | e-mails |
| **Recipient(s)** | Atty David Blackwell, Lorrie Hassan, Carol Griz |
| **Subject** | Weitz Phase II arbitration |
| **Privilege** | attorney client/work product |
| **Bates #** | 0916 |
| **Date** | unknown |
| **Author** | unknown |
| **Type** | notes |
| **Recipient(s)** | n/a |
| **Subject** | conversation with Margaret Abruzese ATT |
| **Privilege** | attorney client/work product |
| **Bates #** | 1205-1217 |
| **Date** | 4/2/02-4/8/02 |
| **Author** | David P. Lanciano, Trescha Haley |
| **Type** | multiple e-mail |
| **Recipient(s)** | numerous |
| **Subject** | Hartford Multi Claim Training and unrelated claim |
| **Privilege** | not responsive/third party information |

| | |
|---|---|
| **Bates #** | 1233-1246 |
| **Date** | 3/4/02-3/8/02 |
| **Author** | Atty Peter Nolin, Mike Sullivan |
| **Type** | e-mail with draft documents |
| **Recipient(s)** | Mike Sullivan, Carol Griz |
| **Subject** | letter to Weitz/potential action against TIG |
| **Privilege** | attorney client/work product |
| **Bates #** | 1251-1253 |
| **Date** | 7/11/96 |
| **Author** | Gerald Zwick |
| **Type** | fax communication |
| **Recipient(s)** | Sharone Kornman, Atty Gene Cooney |
| **Subject** | coverage issue Weitz |
| **Privilege** | attorney client/work product |
| **Bates #** | 1405 |
| **Date** | 10/8/96 |
| **Author** | Gerald Zwick |
| **Type** | fax transmission |
| **Recipient(s)** | Atty Gene Cooney |
| **Subject** | draft letter to Weitz |
| **Privilege** | attorney client/work product |
| **Bates #** | 1874 |
| **Date** | 2/12/02 |
| **Author** | Atty Peter Nolin |
| **Type** | e-mail |
| **Recipient(s)** | Mike Sullivan, Atty David Blackwell |
| **Subject** | correspondence re Janazzo |
| **Privilege** | attorney client/work product |

| | |
|---|---|
| *Bates #* | 1875-1879 |
| *Date* | 2/12/02 |
| *Author* | Mike Sullivan |
| *Type* | e-mail w/attachment |
| *Recipient(s)* | Atty Peter Nolin, Atty David Blackwell |
| *Subject* | letters re Janazzo |
| *Privilege* | attorney client/work product |
| *Bates #* | 1880-1884 |
| *Date* | 2/20/02 |
| *Author* | Mike Sullivan |
| *Type* | Updated Claim File Analysis |
| *Recipient(s)* | n/a |
| *Subject* | analysis of Weitz litigation and potential claim against TIG |
| *Privilege* | attorney client/work product |
| *Bates #* | 1893 redacted |
| *Date* | 12/1/95 |
| *Author* | Gerald Zwick |
| *Type* | CPS Note |
| *Recipient(s)* | n/a |
| *Subject* | communication with coverage counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 1896 redacted |
| *Date* | 3/26/96 |
| *Author* | Gerald Zwick |
| *Type* | CPS Note |
| *Recipient(s)* | n/a |
| *Subject* | communication with coverage counsel |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 1929 redacted |
| *Date* | 7/23/01 and 9/20/01 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with coverage counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 1930 redacted |
| *Date* | 10/17/01 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with coverage counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 1932 redacted |
| *Date* | 10/26/01 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with coverage counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 1933 redacted |
| *Date* | 12/3/01 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with coverage counsel |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 1934-1935 redacted |
| *Date* | 12/7/01 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with coverage counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 1937 redacted |
| *Date* | 12/21/01 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with coverage counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 1938 redacted |
| *Date* | 1/11/02 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with coverage counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 1939 redacted |
| *Date* | 1/15/02, 1/25/02, 1/31/02 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with coverage counsel |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 1942 redacted |
| *Date* | 1/31/02, 1/31/02 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with coverage counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 1945 redacted |
| *Date* | 2/8/02 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note |
| *Recipient(s)* | n/a |
| *Subject* | communication with coverage counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 2994-2999 |
| *Date* | 1/15/03 |
| *Author* | Mike Sullivan |
| *Type* | bookmark with attached document Claim File Analysis |
| *Recipient(s)* | J. Stewart |
| *Subject* | claim analysis including analysis of TIG claim |
| *Privilege* | attorney client/work product |
| *Bates #* | 3007-3013 |
| *Date* | 1/7/03 |
| *Author* | Mike Sullivan |
| *Type* | e-mail with attachments |
| *Recipient(s)* | Carol Griz, Atty Margaret Abruzese, Atty Ned Andrews |
| *Subject* | letter from Travelers' trial counsel to Weitz trial counsel in Iowa |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 3014-3015 |
| *Date* | 1/6/03 |
| *Author* | Atty Ned Andrews |
| *Type* | e-mail, attachment |
| *Recipient(s)* | Mike Sullivan |
| *Subject* | letter to Weitz |
| *Privilege* | attorney client/work product |
| *Bates #* | 3016 |
| *Date* | 1/6/03 |
| *Author* | Atty Margaret Abruzese |
| *Type* | e-mail |
| *Recipient(s)* | Mike Sullivan |
| *Subject* | underlying Weitz settlement |
| *Privilege* | attorney client/work product |
| *Bates #* | 3019 |
| *Date* | 1/6/03 |
| *Author* | Atty Ned Andrews |
| *Type* | e-mail |
| *Recipient(s)* | Mike Sullivan |
| *Subject* | underlying Weitz settlement |
| *Privilege* | attorney client/work product |
| *Bates #* | 3020 |
| *Date* | 1/6/03 |
| *Author* | Mike Sullivan |
| *Type* | e-mail |
| *Recipient(s)* | Atty Ned Andrews |
| *Subject* | underlying Weitz settlement |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 3026-3028 |
| *Date* | 12/19/02 |
| *Author* | Mike Sullivan |
| *Type* | e-mail with attached drafts |
| *Recipient(s)* | Atty Ned Andrews |
| *Subject* | underlying Weitz settlement |
| *Privilege* | attorney client/work product |
| *Bates #* | 3029-3031 |
| *Date* | 12/20/02 |
| *Author* | Mike Sullivan |
| *Type* | fax with attached document |
| *Recipient(s)* | Atty Ned Andrews |
| *Subject* | underlying Weitz settlement |
| *Privilege* | attorney client/work product |
| *Bates #* | 3032-3033 |
| *Date* | 12/19/02 |
| *Author* | Mike Sullivan |
| *Type* | e-mail with attached document |
| *Recipient(s)* | Lorrie A. Hassan, Atty Margaret Abruzese |
| *Subject* | underlying Weitz settlement |
| *Privilege* | attorney client/work product |
| *Bates #* | 3038 |
| *Date* | 12/19/02 |
| *Author* | Mike Sullivan |
| *Type* | e-mail |
| *Recipient(s)* | Atty Ned Andrews |
| *Subject* | transmission of letter regardign TIG |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 3051 |
| *Date* | 11/18/02 |
| *Author* | Mike Sullivan |
| *Type* | e-mail |
| *Recipient(s)* | Joy K. Fausey, Carol A. Griz, Lorrie A. Hassan, Atty Margaret Abruzese, Atty |
| *Subject* | communication on underlying Court decision with various handwritten notes |
| *Privilege* | attorney client/work product |
| *Bates #* | 3104-3107 |
| *Date* | 7/29/02 |
| *Author* | Mike Sullivan |
| *Type* | fax with attached documents |
| *Recipient(s)* | Atty Kim Baer |
| *Subject* | Weitz policy information |
| *Privilege* | attorney client/work product |
| *Bates #* | 3108-3110 |
| *Date* | 7/29/02 |
| *Author* | Mike Sullivan, Atty Peter Nolin, Atty Kim Baer |
| *Type* | series of e-mails |
| *Recipient(s)* | Atty David Blackwell, Mike Sullivan, Kim Baer, Peter Nolin |
| *Subject* | Weitz Iowa litigation |
| *Privilege* | attorney client/work product |
| *Bates #* | 3111 |
| *Date* | 7/26/02 |
| *Author* | Atty Peter Nolin |
| *Type* | e-mail |
| *Recipient(s)* | Mike Sullivan, Atty David Blackwell, Atty Kim Baer |
| *Subject* | Weitz allegations |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 3112-3114 |
| *Date* | 7/24/02-7/26/02 |
| *Author* | Atty Kim Baer, Atty Peter Nolin |
| *Type* | series of e-mails |
| *Recipient(s)* | Atty Peter Nolin, Atty David Blackwell, Atty Kim Baer, Mike Sullivan |
| *Subject* | Weitz Iowa motions |
| *Privilege* | attorney client/work product |
| *Bates #* | 3115 |
| *Date* | 7/24/02 |
| *Author* | Atty Kim Baer, Atty David Blackwell |
| *Type* | e-mail exchange |
| *Recipient(s)* | Atty David Blackwell, Atty Kim Baer, Mike Sullivan |
| *Subject* | Weitz Iowa litigation |
| *Privilege* | attorney client/work product |
| *Bates #* | 3116-3131 |
| *Date* | 7/26/02 |
| *Author* | Atty Peter Nolin |
| *Type* | letter with attached policy |
| *Recipient(s)* | Atty Kim Baer |
| *Subject* | Weitz Iowa litigation |
| *Privilege* | attorney client/work product |
| *Bates #* | 3146-3154 |
| *Date* | 6/18/02 |
| *Author* | Mike Sullivan |
| *Type* | fax cover with attached documents |
| *Recipient(s)* | Atty Kim Baer |
| *Subject* | Affidavit for Weitz Iowa litigation |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 3155-3157 |
| *Date* | 6/18/02 |
| *Author* | Atty David Blackwell, Atty Peter Nolin, Atty Kim Baer |
| *Type* | series of e-mails |
| *Recipient(s)* | Mike Sullivan, Atty David Blackwell, Atty Kim Baer, Atty Peter Nolin |
| *Subject* | brief for Weitz Iowa litigation |
| *Privilege* | attorney client/work product |
| *Bates #* | 3158 |
| *Date* | 6/18/02 |
| *Author* | Atty Kim Baer |
| *Type* | fax |
| *Recipient(s)* | Mike Sullivan |
| *Subject* | Affidavit for Weitz litigation |
| *Privilege* | attorney client/work product |
| *Bates #* | 3159-3162 |
| *Date* | 6/17/02 |
| *Author* | Atty Kim Baer, Atty David Blackwell |
| *Type* | e-mail exchange with attachment |
| *Recipient(s)* | Atty David Blackwell, Atty Kim Baer |
| *Subject* | draft filings for Weitz Iowa litigation |
| *Privilege* | attorney client/work product |
| *Bates #* | 3163-3166 |
| *Date* | 6/17/02 |
| *Author* | Atty Kim Baer |
| *Type* | fax with draft document |
| *Recipient(s)* | Mike Sullivan |
| *Subject* | Affidavit for Weitz Iowa litigation |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 3167 |
| *Date* | 6/14/02 |
| *Author* | Atty Peter Nolin |
| *Type* | e-mail |
| *Recipient(s)* | Atty David Blackwell, Mike Sullivan |
| *Subject* | Travelers v. TIG Schedule |
| *Privilege* | attorney client/work product |
| *Bates #* | 3168-3176 |
| *Date* | 6/14/02 |
| *Author* | Atty Peter Nolin |
| *Type* | fax with attached documents |
| *Recipient(s)* | Atty David Blackwell, Mike Sullivan |
| *Subject* | Travelers v. TIG Rule 26(f) |
| *Privilege* | attorney client/work product |
| *Bates #* | 3178-3179 |
| *Date* | 5/23/02 |
| *Author* | Atty David Blackwell |
| *Type* | e-mail with attached letter |
| *Recipient(s)* | Atty Peter Nolin, Mike Sullivan |
| *Subject* | defense of Weitz Iowa litigation |
| *Privilege* | attorney client/work product |
| *Bates #* | 3180-3181 |
| *Date* | 5/8/02-5/9/02 |
| *Author* | Mike Sullivan, Atty David Blackwell |
| *Type* | e-mail exchange |
| *Recipient(s)* | Atty David Blackwell, Mike Sullivan, Atty Margaret Abruzese |
| *Subject* | Weitz Iowa litigation |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 3182-3183 |
| *Date* | 4/22/02-4/26/02 |
| *Author* | Mike Sullivan, Atty Peter Nolin |
| *Type* | e-mail exchange |
| *Recipient(s)* | Atty David Blackwell, Atty Pete Nolin, Mike Sullivan |
| *Subject* | Weitz claim re Travelers |
| *Privilege* | attorney client/work product |
| *Bates #* | 3229-3233 |
| *Date* | 2/18/02 |
| *Author* | Atty Margaret Abruzese |
| *Type* | legal analysis |
| *Recipient(s)* | Mike Sullivan, Atty Carol Griffin, David L. Hodson, Agnes McCann |
| *Subject* | Travelers claim against TIG |
| *Privilege* | attorney client/work product |
| *Bates #* | 3234-3246 |
| *Date* | 2/19/02 |
| *Author* | Atty Margaret Abruzese |
| *Type* | e-mail with attachment |
| *Recipient(s)* | Mike Sullivan |
| *Subject* | legal research TIG |
| *Privilege* | attorney client/work product |
| *Bates #* | 3255 |
| *Date* | 2/5/02 |
| *Author* | Mike Sullivan |
| *Type* | e-mail |
| *Recipient(s)* | Atty David Blackwell, Atty Peter Nolin |
| *Subject* | communications with TIG |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 3256 |
| *Date* | 1/30/02 |
| *Author* | Atty Peter Nolin |
| *Type* | e-mail |
| *Recipient(s)* | Mike Sullivan, Atty David Blackwell |
| *Subject* | report on status of Weitz litigation and potential TIG claim |
| *Privilege* | attorney client/work product |
| *Bates #* | 3260 |
| *Date* | 1/28/02 |
| *Author* | Atty Peter Nolin |
| *Type* | e-mail |
| *Recipient(s)* | Atty David Blackwell, Mike Sullivan |
| *Subject* | conference call with TIG |
| *Privilege* | attorney client/work product |
| *Bates #* | 3263 |
| *Date* | 1/26/02 |
| *Author* | Mike Sullivan |
| *Type* | fax cover |
| *Recipient(s)* | Atty Peter Nolin, Atty David Blackwell |
| *Subject* | information on underlying litigation |
| *Privilege* | attorney client/work product |
| *Bates #* | 3286-3287 |
| *Date* | 1/18/02 |
| *Author* | Atty Peter Nolin, Mike Sullivan |
| *Type* | e-mail exchange |
| *Recipient(s)* | Atty Peter Nolin, Mike Sullivan, Atty David Blackwell |
| *Subject* | communications regarding conference or meeting with TIG |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 3301-3302 |
| *Date* | 1/20/02 |
| *Author* | Atty Peter Nolin |
| *Type* | e-mail |
| *Recipient(s)* | Mike Sullivan |
| *Subject* | TIG dispute |
| *Privilege* | attorney client/work product |
| *Bates #* | 3310 |
| *Date* | 1/10/02 |
| *Author* | Mike Sullivan |
| *Type* | e-mail with attached documents |
| *Recipient(s)* | Atty David Blackwell |
| *Subject* | communication from TIG |
| *Privilege* | attorney client/work product |
| *Bates #* | 3315-3316 |
| *Date* | 12/20/01 |
| *Author* | Atty Margaret Abruzese |
| *Type* | analysis letter |
| *Recipient(s)* | Mike Sullivan, Atty Carol Griffin |
| *Subject* | legal analysis on TIG claim |
| *Privilege* | attorney client/work product |
| *Bates #* | 3317 |
| *Date* | 12/20/01 |
| *Author* | Atty Margaret Abruzese |
| *Type* | e-mail |
| *Recipient(s)* | Mike Sullivan, Atty Carol Griffin |
| *Subject* | reservation of rights on underlying claims |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 3318 |
| *Date* | 12/7/01-12/10/01 |
| *Author* | Michael Sullivan, Atty David Blackwell |
| *Type* | e-mail exchange |
| *Recipient(s)* | Mike Sullivan, Atty David Blackwell, Atty Margaret Abruzese |
| *Subject* | underlying claims and potential TIG claim |
| *Privilege* | attorney client/work product |
| *Bates #* | 3319-3321 |
| *Date* | 12/19/01 |
| *Author* | Atty Margaret Abruzese |
| *Type* | e-mail |
| *Recipient(s)* | Mike Sullivan, Atty Carol Griffin |
| *Subject* | analysis of coverage issues |
| *Privilege* | attorney client/work product |
| *Bates #* | 3378 |
| *Date* | 12/12/01 |
| *Author* | Mike Sullivan |
| *Type* | e-mail transmitting document |
| *Recipient(s)* | Atty Margaret Abruzese |
| *Subject* | transmission of Weitz pre-trial report |
| *Privilege* | attorney client/work product |
| *Bates #* | 3379 |
| *Date* | 12/7/01 |
| *Author* | Mike Sullivan |
| *Type* | e-mail |
| *Recipient(s)* | Atty David Blackwell |
| *Subject* | forward on communication from TIG Attorney |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 3414-3415 |
| *Date* | 11/13/01 |
| *Author* | Atty Margaret Abruzese |
| *Type* | letter |
| *Recipient(s)* | Laurie LaBel, Atty Elena Gervino, Mike Sullivan |
| *Subject* | issues concerning Weitz TIG |
| *Privilege* | attorney client/work product |
| *Bates #* | 3434 |
| *Date* | 11/6/01 |
| *Author* | Mike Sullivan |
| *Type* | office memoranda |
| *Recipient(s)* | Atty Margaret Abruzese |
| *Subject* | transmittal of documents and request for advice on Shoreline litigation |
| *Privilege* | attorney client/work product |
| *Bates #* | 3435-3448 |
| *Date* | 11/5/01 |
| *Author* | Mike Sullivan |
| *Type* | e-mail transmitting attached documents |
| *Recipient(s)* | Atty Margaret Abruzese |
| *Subject* | transmittal of correspondence and case research on underlying Shoreline litigation |
| *Privilege* | attorney client/work product |
| *Bates #* | 3557 |
| *Date* | 10/25/01 |
| *Author* | Atty Margaret Abruzese |
| *Type* | e-mail |
| *Recipient(s)* | Mike Sullivan |
| *Subject* | draft letter to TIG |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 3558 |
| *Date* | 10/25/01 |
| *Author* | Mike Sullivan |
| *Type* | e-mail |
| *Recipient(s)* | Atty Margaret Abruzese |
| *Subject* | transmission of TIG reservation letter |
| *Privilege* | attorney client/work product |
| *Bates #* | 3559-3595 |
| *Date* | 10/24/04 |
| *Author* | Atty Margaret Abruzese |
| *Type* | e-mail with attached case research and legal analysis |
| *Recipient(s)* | Mike Sullivan |
| *Subject* | response to communication from TIG |
| *Privilege* | attorney client/work product |
| *Bates #* | 3596-3597 |
| *Date* | 10/24/01 |
| *Author* | Mike Sullivan |
| *Type* | fax cover sheet |
| *Recipient(s)* | Atty Margaret Abruzese |
| *Subject* | transmission of TIG policy and inquiry about TIG correspondence |
| *Privilege* | attorney client/work product |
| *Bates #* | 3598 |
| *Date* | 10/24/01 |
| *Author* | Mike Sullivan |
| *Type* | e-mail |
| *Recipient(s)* | Atty Margaret Abruzese |
| *Subject* | report on call from TIG coverage counsel |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 3621-3624 |
| *Date* | 9/25/01 |
| *Author* | Atty Margaret Abruzese |
| *Type* | e-mail |
| *Recipient(s)* | Mike Sullivan, Atty Carol Griffin |
| *Subject* | analysis of issues related to Shoreline litigation and potential TIG claim |
| *Privilege* | attorney client/work product |
| *Bates #* | 3625 |
| *Date* | 9/25/01 |
| *Author* | Atty Margaret Abruzese |
| *Type* | e-mail |
| *Recipient(s)* | Mike Sullivan |
| *Subject* | issues on Shoreline litigation |
| *Privilege* | attorney client/work product |
| *Bates #* | 3626 |
| *Date* | 9/21/01 |
| *Author* | Atty Margaret Abruzese |
| *Type* | e-mail |
| *Recipient(s)* | Mike Sullivan |
| *Subject* | transmittal inquiry about TIG letter |
| *Privilege* | attorney client/work product |
| *Bates #* | 3628-3629 |
| *Date* | 9/20/01 |
| *Author* | Atty Margaret Abruzese |
| *Type* | e-mail |
| *Recipient(s)* | Mike Sullivan |
| *Subject* | potential claim against TIG |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| **Bates #** | 3630-3631 |
| **Date** | 9/20/01 |
| **Author** | Mike Sullivan |
| **Type** | fax cover sheets |
| **Recipient(s)** | Atty Margaret Abruzese |
| **Subject** | status of underlying litigation |
| **Privilege** | attorney client/work product |
| **Bates #** | 3637-3643 |
| **Date** | 7/30/01 |
| **Author** | Mike Sullivan |
| **Type** | fax transmission |
| **Recipient(s)** | Atty Margaret Abruzese |
| **Subject** | coverage letter from TIG counsnel |
| **Privilege** | attorney client/work product |
| **Bates #** | 3644 |
| **Date** | 7/10/01 |
| **Author** | Atty Carol Griffin |
| **Type** | letter |
| **Recipient(s)** | Mike Sullivan |
| **Subject** | review of issues in Shoreline litigation |
| **Privilege** | attorney client/work product |
| **Bates #** | 3653 |
| **Date** | 6/26/01 |
| **Author** | Mike Sullivan |
| **Type** | memo |
| **Recipient(s)** | Atty Carol Griffin |
| **Subject** | transmittal of pleading in Shoreline and letter to TIG |
| **Privilege** | attorney client/work product |

| | |
|---|---|
| *Bates #* | 3654 |
| *Date* | 6/18/01 |
| *Author* | Mike Sullivan |
| *Type* | coverage legal referral form |
| *Recipient(s)* | n/a |
| *Subject* | review of why legal analysis is necessary on coverage in TIG issues |
| *Privilege* | attorney client/work product |
| *Bates #* | 3904-3103 |
| *Date* | 7/29/02 |
| *Author* | Atty Kim Baer |
| *Type* | e-mail with draft brief |
| *Recipient(s)* | Atty David Blackwell, Atty Peter Nolin |
| *Subject* | Iowa litigation |
| *Privilege* | attorney client/work product |
| *Bates #* | 4758 |
| *Date* | 8/2/01 |
| *Author* | Atty L. Paelet |
| *Type* | time record |
| *Recipient(s)* | n/a |
| *Subject* | |
| *Privilege* | not responsive/third party information |
| *Bates #* | 4782-4783 |
| *Date* | 1/25/01 |
| *Author* | Atty L. Paelet |
| *Type* | time record |
| *Recipient(s)* | n/a |
| *Subject* | |
| *Privilege* | not responsive/third party information |

| | |
|---|---|
| *Bates #* | 4789 |
| *Date* | 1/24/01 |
| *Author* | Atty L. Paelet |
| *Type* | time record |
| *Recipient(s)* | n/a |
| *Subject* | |
| *Privilege* | not responsive/third party information |
| *Bates #* | 4792-4795 |
| *Date* | 8/3/01 |
| *Author* | Atty L. Paelet |
| *Type* | time records |
| *Recipient(s)* | n/a |
| *Subject* | |
| *Privilege* | not responsive/third party information |
| *Bates #* | 4848-4850 |
| *Date* | unknown |
| *Author* | unknown |
| *Type* | file list |
| *Recipient(s)* | unknown |
| *Subject* | list of closed Travelers files for Milano & Wanat |
| *Privilege* | not responsive/third party information |
| *Bates #* | 4851-4854 |
| *Date* | unknown |
| *Author* | unknown |
| *Type* | file list |
| *Recipient(s)* | unknown |
| *Subject* | list of closed Travelers files for Milano & Wanat |
| *Privilege* | not responsive/third party information |

| | |
|---|---|
| *Bates #* | 4855-4857 |
| *Date* | unknown |
| *Author* | unknown |
| *Type* | file list |
| *Recipient(s)* | unknown |
| *Subject* | list of closed Travelers files for Milano & Wanat |
| *Privilege* | not responsive/third party information |
| *Bates #* | 4895-4897 |
| *Date* | 8/16/01 |
| *Author* | unknown |
| *Type* | list of Milano & Wanat files and depositions |
| *Recipient(s)* | unknown |
| *Subject* | list of deposition transcripts for audit |
| *Privilege* | not responsive/third party information |
| *Bates #* | 4904-4911 |
| *Date* | |
| *Author* | n/a |
| *Type* | portions of depo transcripts |
| *Recipient(s)* | n/a |
| *Subject* | |
| *Privilege* | not responsive/third party information |
| *Bates #* | 4912-4914 |
| *Date* | 9/13/01 |
| *Author* | unknown |
| *Type* | list of deposition attendance charges |
| *Recipient(s)* | Michael Flug |
| *Subject* | |
| *Privilege* | not responsive/third party information |

| | |
|---|---|
| *Bates #* | 4915-4918 |
| *Date* | |
| *Author* | unknown |
| *Type* | list of deposition attendance charges |
| *Recipient(s)* | |
| *Subject* | |
| *Privilege* | not responsive/third party information |
| *Bates #* | 4921-4930 |
| *Date* | various |
| *Author* | unknown |
| *Type* | excerpts from depositions |
| *Recipient(s)* | unknown |
| *Subject* | |
| *Privilege* | not responsive/third party information |
| *Bates #* | 4934-4935 |
| *Date* | 9/13/01 |
| *Author* | Ricci Salsano |
| *Type* | fax communication |
| *Recipient(s)* | Gary Kaison |
| *Subject* | review of counsel performance |
| *Privilege* | not responsive/third party information |
| *Bates #* | 4936-4940 |
| *Date* | 9/2001 |
| *Author* | unknown |
| *Type* | check and billing information |
| *Recipient(s)* | unknown |
| *Subject* | audit review of bill |
| *Privilege* | not responsive/third party information |

| | |
|---|---|
| *Bates #* | 4941-4954 |
| *Date* | 8/2/01 |
| *Author* | unknown |
| *Type* | summary of historic billing information |
| *Recipient(s)* | unknown |
| *Subject* | review of various billing information on various Milano & Wanat files |
| *Privilege* | not responsive/third party information |
| *Bates #* | 4955-4977 |
| *Date* | 8/2/01 |
| *Author* | unknown |
| *Type* | summary of historic billing information |
| *Recipient(s)* | unknown |
| *Subject* | review of various billing information on various Milano & Wanat files |
| *Privilege* | not responsive/third party information |
| *Bates #* | 4978-4992 |
| *Date* | 8/2/01 |
| *Author* | unknown |
| *Type* | summary of historic billing information |
| *Recipient(s)* | unknown |
| *Subject* | review of various billing information on various Milano & Wanat files |
| *Privilege* | not responsive/third party information |
| *Bates #* | 4993-5004 |
| *Date* | 9/7/01 |
| *Author* | unknown |
| *Type* | summary of historic billing information |
| *Recipient(s)* | unknown |
| *Subject* | review of various billing information on various Milano & Wanat files |
| *Privilege* | not responsive/third party information |

| | |
|---|---|
| *Bates #* | 5005-5013 |
| *Date* | 9/7/01 |
| *Author* | unknown |
| *Type* | summary of historic billing information |
| *Recipient(s)* | unknown |
| *Subject* | review of various billing information on various Milano & Wanat files |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5014-5020 |
| *Date* | 9/7/01 |
| *Author* | unknown |
| *Type* | summary of historic billing information |
| *Recipient(s)* | unknown |
| *Subject* | review of various billing information on various Milano & Wanat files |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5021-5034 |
| *Date* | 9/7/01 |
| *Author* | unknown |
| *Type* | summary of historic billing information |
| *Recipient(s)* | unknown |
| *Subject* | review of various billing information on various Milano & Wanat files |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5035-5044 |
| *Date* | 9/7/01 |
| *Author* | unknown |
| *Type* | summary of historic billing information |
| *Recipient(s)* | unknown |
| *Subject* | review of various billing information on various Milano & Wanat files |
| *Privilege* | not responsive/third party information |

| | |
|---|---|
| *Bates #* | 5045-5054 |
| *Date* | 8/2/01 |
| *Author* | unknown |
| *Type* | summary of historic billing information |
| *Recipient(s)* | unknown |
| *Subject* | review of various billing information on various Milano & Wanat files |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5055-5075 |
| *Date* | 7/31/01 |
| *Author* | unknown |
| *Type* | summary of historic billing information |
| *Recipient(s)* | unknown |
| *Subject* | review of various billing infornattion on various Milano & Wanat files |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5076 |
| *Date* | 7/31/01 |
| *Author* | unknown |
| *Type* | summary of historic billing information |
| *Recipient(s)* | unknown |
| *Subject* | review of various billing information on various Milano & Wanat files |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5077-5079 |
| *Date* | 9/16/01 |
| *Author* | Deborah DellaCamera |
| *Type* | letter with attached summary of billable hour information |
| *Recipient(s)* | Keith Armour |
| *Subject* | bill information by year for Milano & Wanat lawyers |
| *Privilege* | not responsive |

| | |
|---|---|
| *Bates #* | 5080-5090 |
| *Date* | 9/14/01 |
| *Author* | John Bannerman |
| *Type* | summary of time sheets with attached backup information |
| *Recipient(s)* | Keith Armour |
| *Subject* | Milano & Wanat time records |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5093-5095 |
| *Date* | 7/31/01 |
| *Author* | unknown |
| *Type* | Milano & Wanat billing analysis |
| *Recipient(s)* | unknown |
| *Subject* | review of Milano & Wanat bills |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5096-5100 |
| *Date* | 8/2/01 |
| *Author* | unknown |
| *Type* | Milano & Wanat billing analysis |
| *Recipient(s)* | unknown |
| *Subject* | review of Milano & Wanat bills |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5101-5103 |
| *Date* | 9/7/01 |
| *Author* | unknown |
| *Type* | Milano & Wanat billing analysis |
| *Recipient(s)* | unknown |
| *Subject* | review of Milano & Wanat bills |
| *Privilege* | not responsive/third party information |

| | |
|---|---|
| *Bates #* | 5104-5106 |
| *Date* | 9/7/01 |
| *Author* | unknown |
| *Type* | Milano & Wanat billing analysis |
| *Recipient(s)* | unknown |
| *Subject* | review of Milano & Wanat bills |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5107-5109 |
| *Date* | |
| *Author* | unknown |
| *Type* | handwritten notes reviewing post judgment work |
| *Recipient(s)* | unknown |
| *Subject* | Travelers audit review of Milano & Wanat time entries |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5110-5111 |
| *Date* | 9/7/01 |
| *Author* | unknown |
| *Type* | review of selected time entries |
| *Recipient(s)* | unknown |
| *Subject* | review of Milano & Wanat bills |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5112-5116 |
| *Date* | 9/7/01 |
| *Author* | unknown |
| *Type* | review of selected time entries |
| *Recipient(s)* | unknown |
| *Subject* | review of Milano & Wanat bills |
| *Privilege* | not responsive/third party information |

**Bates #**        5117-5119

**Date**           9/7/01

**Author**         unknown

**Type**           review of selected time entries

**Recipient(s)**   unknown

**Subject**        review of Milano & Wanat bills

**Privilege**      not responsive/third
                   party information

**Bates #**        5120-5123

**Date**           4/4/00

**Author**         Jeffrey Kennedy

**Type**           apportionment complaint

**Recipient(s)**   unknown

**Subject**        apportionment complaint unrelated action
                   with handwritten notes on hours

**Privilege**      not responsive/third
                   party information

**Bates #**        5124-5129

**Date**           9/7/01

**Author**         unknown

**Type**           review of selected time entries

**Recipient(s)**   unknown

**Subject**        review of Milano & Wanat bills

**Privilege**      not responsive/third
                   party information

**Bates #**        5130-5132

**Date**

**Author**         unknown

**Type**           summary of deposition attendance
                   charges

**Recipient(s)**   unknown

**Subject**        review of deposition charges on multiple
                   Milano & Wanat files

**Privilege**      not responsive/third
                   party information

| | |
|---|---|
| *Bates #* | 5133-5134 |
| *Date* | |
| *Author* | unknown |
| *Type* | review of telephone entries |
| *Recipient(s)* | unknown |
| *Subject* | summary of Milano & Wanat telephone time charges |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5135-5136 |
| *Date* | 8/2/01 |
| *Author* | unknown |
| *Type* | summary of time Milano & Wanat time records |
| *Recipient(s)* | unknown |
| *Subject* | review of Milano & Wanat bills |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5138-5161 |
| *Date* | various |
| *Author* | various Milano & Wanat attorneys |
| *Type* | Milano & Wanat correspondence with Travelers, notes on time entries |
| *Recipient(s)* | various |
| *Subject* | various communications on unrelated Travelers insureds |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5162-5163 |
| *Date* | 8/2/01 |
| *Author* | unknown |
| *Type* | review of selected time entries |
| *Recipient(s)* | unknown |
| *Subject* | review of Milano & Wanat bills |
| *Privilege* | not responsive/third party information |

| | |
|---|---|
| *Bates #* | 5164-5176 |
| *Date* | 8/2/01 |
| *Author* | unknown |
| *Type* | review of selected time entries with attached discovery pleadings |
| *Recipient(s)* | unknown |
| *Subject* | review of Milano & Wanat bills |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5177-5189 |
| *Date* | 9/7/01 |
| *Author* | unknown |
| *Type* | review of selected time entries with attached pleadings |
| *Recipient(s)* | unknown |
| *Subject* | review of Milano & Wanat bills |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5190 |
| *Date* | 8/2/01 |
| *Author* | unknown |
| *Type* | review of selected time entries |
| *Recipient(s)* | unknown |
| *Subject* | review of Milano & Wanat bills |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5191-5197 |
| *Date* | 8/2/01 |
| *Author* | unknown |
| *Type* | review of selected time entries with attached pleading |
| *Recipient(s)* | unknown |
| *Subject* | review of Milano & Wanat bills |
| *Privilege* | not responsive/third party information |

| | |
|---|---|
| *Bates #* | 5198-5238 |
| *Date* | various |
| *Author* | various Milano & Wanat attorneys |
| *Type* | time sheets with attached notes |
| *Recipient(s)* | unknown |
| *Subject* | time sheets on various unrelated Travelers files |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5240-5244 |
| *Date* | 9/13/00 |
| *Author* | unknown |
| *Type* | summary of time entries |
| *Recipient(s)* | unknown |
| *Subject* | time entry on unrelated Travelers file |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5255-5256 |
| *Date* | 5/24/00 |
| *Author* | Michael H. Flug |
| *Type* | e-mail |
| *Recipient(s)* | Keith Armour |
| *Subject* | Travelers communication about Milano & Wanat open matters |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5257 |
| *Date* | 3/11/02 |
| *Author* | Mary Oates Walker |
| *Type* | correspondence |
| *Recipient(s)* | Keith Armour |
| *Subject* | unrelated Travelers matter |
| *Privilege* | not responsive/third party information |

| | |
|---|---|
| *Bates #* | 5300-5301 |
| *Date* | 5/25/00 |
| *Author* | Keith Armour |
| *Type* | e-mail with handwritten notes |
| *Recipient(s)* | Chris Wanat |
| *Subject* | list of Milano & Wanat files for audit with handwritten notes about dollar charges |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5302-5307 |
| *Date* | 5/24/00 |
| *Author* | Arlene Polevic |
| *Type* | fax transmission |
| *Recipient(s)* | Keith Armour |
| *Subject* | list of Milano & Wanat active Travelers files |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5308-5314 |
| *Date* | 5/24/00 |
| *Author* | Christopher Wanat |
| *Type* | fax transmission |
| *Recipient(s)* | Keith Armour |
| *Subject* | list of Milano & Wanat active Travelers files |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5315-5318 |
| *Date* | 5/24/00 |
| *Author* | Keith Armour |
| *Type* | e-mail |
| *Recipient(s)* | Vernon E. Billington, Arthur L. Cox |
| *Subject* | list open Travelers matters at Milano & Wanat |
| *Privilege* | not responsive/third party information |

| | |
|---|---|
| **Bates #** | 5322-5333 |
| **Date** | 6/12/000 |
| **Author** | Mark Milano |
| **Type** | fax transmission of time sheets and time and billing information |
| **Recipient(s)** | Keith Armour |
| **Subject** | time entries on various unrelated Travelers matters |
| **Privilege** | not responsive/third party information |
| **Bates #** | 5347-5459 |
| **Date** | various |
| **Author** | unknown |
| **Type** | collection of Milano & Wanat correspondence and time entry with time |
| **Recipient(s)** | unknown |
| **Subject** | work product analysis for 2000 audit |
| **Privilege** | not responsive/third party information |
| **Bates #** | 5384-54010 |
| **Date** | 5/23/00 |
| **Author** | Deborah DellaCamera |
| **Type** | letter with attached summary of time and billing information |
| **Recipient(s)** | Keith Armour |
| **Subject** | various Travelers matters |
| **Privilege** | not responsive/third party information |
| **Bates #** | 5460-5489 |
| **Date** | various |
| **Author** | unknown |
| **Type** | collection of Milano & Wanat correspondence and time entry with time |
| **Recipient(s)** | unknown |
| **Subject** | work product analysis for 2000 audit |
| **Privilege** | not responsive/third party information |

| | |
|---|---|
| *Bates #* | 5490-5509 |
| *Date* | various |
| *Author* | unknown |
| *Type* | collection of Milano & Wanat correspondence and time entry with time |
| *Recipient(s)* | unknown |
| *Subject* | work product analysis for 2000 audit |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5510-5538 |
| *Date* | various |
| *Author* | unknown |
| *Type* | collection of Milano & Wanat correspondence and time entry with time |
| *Recipient(s)* | unknown |
| *Subject* | work product analysis for 2000 audit |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5539-5547 |
| *Date* | various |
| *Author* | unknown |
| *Type* | collection of Milano & Wanat correspondence and time entry with time |
| *Recipient(s)* | unknown |
| *Subject* | work product analysis for 2000 audit |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5548-5561 |
| *Date* | various |
| *Author* | unknown |
| *Type* | collection of Milano & Wanat correspondence and time entry with time |
| *Recipient(s)* | unknown |
| *Subject* | work product analysis for 2000 audit |
| *Privilege* | not responsive/third party information |

| | |
|---|---|
| **Bates #** | 5562-5574 |
| **Date** | various |
| **Author** | unknown |
| **Type** | collection of Milano & Wanat correspondence and time entry with time |
| **Recipient(s)** | unknown |
| **Subject** | work product analysis for 2000 audit |
| **Privilege** | not responsive/third party information |
| **Bates #** | 5575-5579 |
| **Date** | 5/31/00 |
| **Author** | unknown |
| **Type** | review of selected time entries |
| **Recipient(s)** | unknown |
| **Subject** | review of Milano & Wanat bills |
| **Privilege** | not responsive/third party information |
| **Bates #** | 5580-5581 |
| **Date** | 5/31/00 |
| **Author** | unknown |
| **Type** | review of selected time entries with attached correspondence |
| **Recipient(s)** | unknown |
| **Subject** | review of Milano & Wanat bills |
| **Privilege** | not responsive/third party information |
| **Bates #** | 5582-5620 |
| **Date** | varopis |
| **Author** | unknown |
| **Type** | collection of Milano & Wanat correspondence and pleadings with time |
| **Recipient(s)** | unknown |
| **Subject** | work product analysis for 2000 audit |
| **Privilege** | not responsive/third party information |

| | |
|---|---|
| **Bates #** | 5621-5668 |
| **Date** | 5/31/00 |
| **Author** | unknown |
| **Type** | collection of Milano & Wanat correspondence and pleadings with time |
| **Recipient(s)** | unknown |
| **Subject** | various unrelated Travelers time entry and pleadings |
| **Privilege** | not responsive/third party information |
| **Bates #** | 5669-5675 |
| **Date** | various |
| **Author** | various |
| **Type** | correspondence |
| **Recipient(s)** | various |
| **Subject** | case correspondence on unrelated files |
| **Privilege** | not responsive/third party information |
| **Bates #** | 5676-5685 |
| **Date** | 5/31/00 |
| **Author** | unknown |
| **Type** | review of selected time entries |
| **Recipient(s)** | unknown |
| **Subject** | review of Milano & Wanat bills |
| **Privilege** | not responsive/third party information |
| **Bates #** | 5686-5691 |
| **Date** | various |
| **Author** | Mark Milano |
| **Type** | correspondence |
| **Recipient(s)** | various |
| **Subject** | unrelated Travelers files |
| **Privilege** | not responsive/third party information |

| | |
|---|---|
| *Bates #* | 5692-5696 |
| *Date* | 5/31/00 |
| *Author* | unknown |
| *Type* | review of selected time entries |
| *Recipient(s)* | unknown |
| *Subject* | review of Milano & Wanat bills |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5697-5734 |
| *Date* | various |
| *Author* | various |
| *Type* | collection of Milano & Wanat correspondence |
| *Recipient(s)* | various |
| *Subject* | various unrelated Travelers files |
| *Privilege* | not responsive/third party information |
| *Bates #* | 5735-5752 |
| *Date* | unknown |
| *Author* | unknown |
| *Type* | time analysis with attached Appellate Court pleadings |
| *Recipient(s)* | unknown |
| *Subject* | review of time entries on unrelated Travelers matter |
| *Privilege* | not responsive/third party information |
| *Bates #* | 9000-9002 |
| *Date* | 6/27/02 |
| *Author* | Mike Sullivan |
| *Type* | handwritten notes |
| *Recipient(s)* | n/a |
| *Subject* | communication with Attorney Blackwell and Attorney Nolin |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 9039 redacted |
| *Date* | 9/20/01 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9040 redacted |
| *Date* | 10/7/01 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9043 redacted |
| *Date* | 12/3/01 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9045 redacted |
| *Date* | 12/7/01, 12/14/01 |
| *Author* | Mike Sullivan |
| *Type* | CPA Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 9047 redacted |
| *Date* | 12/21/01 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9048 redacted |
| *Date* | 1/11/02 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9049 redacted |
| *Date* | 1/15/02, 1/25/02 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9051 redacted |
| *Date* | 1/31/02 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 9062 redacted |
| *Date* | 2/25/02 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9063 redacted |
| *Date* | 3/4/02 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9064 redacted |
| *Date* | 3/22/02 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9065 redacted |
| *Date* | 3/22/02 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 9066 redacted |
| *Date* | 5/8/02 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9067 redacted |
| *Date* | 6/27/02 |
| *Author* | Mike Sullivan |
| *Type* | CPS Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9110 redacted |
| *Date* | 7/23/01, 9/20/01 |
| *Author* | Mike Sullivan |
| *Type* | IMPACT Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9111 redacted |
| *Date* | 10/17/01 |
| *Author* | Mike Sullivan |
| *Type* | IMPACT Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 9111 redacted |
| *Date* | 10/17/01 |
| *Author* | Mike Sullivan |
| *Type* | IMPACT Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9111 redacted |
| *Date* | 10/17/01 |
| *Author* | Mike Sullivan |
| *Type* | IMPACT Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9111 redacted |
| *Date* | 10/17/01 |
| *Author* | Mike Sullivan |
| *Type* | IMPACT Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9111 redacted |
| *Date* | 10/17/01 |
| *Author* | Mike Sullivan |
| *Type* | IMPACT Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 9111 redacted |
| *Date* | 10/17/01 |
| *Author* | Mike Sullivan |
| *Type* | IMPACT Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9113 redacted |
| *Date* | 12/3/01 |
| *Author* | Mike Sullivan |
| *Type* | IMPACT Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9114 redacted |
| *Date* | 12/7/01 |
| *Author* | Mike Sullivan |
| *Type* | IMPACT Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9115 redacted |
| *Date* | 12/7/01, 12/14/01 |
| *Author* | Mike Sullivan |
| *Type* | IMPACT Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 9117 redacted |
| *Date* | 12/21/01, 1/11/02 |
| *Author* | Mike Sullivan |
| *Type* | IMPACT Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9118 redacted |
| *Date* | 1/15/02, 1/25/02 |
| *Author* | Mike Sullivan |
| *Type* | IMPACT Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9120 redacted |
| *Date* | 1/31/02 |
| *Author* | Mike Sullivan |
| *Type* | IMPACT Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9129 redacted |
| *Date* | 2/25/02 |
| *Author* | Mike Sullivan |
| *Type* | IMPACT Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 9130 redacted |
| *Date* | 3/4/02 |
| *Author* | Mike Sullivan |
| *Type* | IMPACT Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9131 redacted |
| *Date* | 3/22/02 |
| *Author* | Mike Sullivan |
| *Type* | IMPACT Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9133 redacted |
| *Date* | 5/8/02, 6/27/02 |
| *Author* | Mike Sullivan |
| *Type* | IMPACT Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9134 redacted |
| *Date* | 7/30/02 |
| *Author* | Mike Sullivan |
| *Type* | IMPACT Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |

| | |
|---|---|
| *Bates #* | 9138-9139 |
| *Date* | 4/24/03, 6/5/03, 6/13/03 |
| *Author* | Kevin Morin |
| *Type* | IMPACT Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with Atty Ned Andrews and case strategy with TIG |
| *Privilege* | attorney client/work product |
| *Bates #* | 9161 redacted |
| *Date* | 9/20/01 |
| *Author* | Mike Sullivan |
| *Type* | IMPACT Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |
| *Bates #* | 9162 redacted |
| *Date* | 10/17/01 |
| *Author* | Mike Sullivan |
| *Type* | IMPACT Note Print |
| *Recipient(s)* | n/a |
| *Subject* | communication with counsel |
| *Privilege* | attorney client/work product |