UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA,

        Plaintiff,                        Civil Action
                                                No.: 302 CV 408 GLG
v.

TIG INSURANCE COMPANY,
                                                April 5, 2004
        Defendant.

## APPEARANCE

To The Clerk:

Please enter my Appearance on behalf of the Defendant in the above-captioned action.

                        FOR THE DEFENDANT
                        TIG INSURANCE COMPANY,

                        By _____
                        Jeffrey J. Tinley
                        Tinley, Nastri, Renehan & Dost, LLP
                        601 North Main Street, 2nd Floor
                        Waterbury, CT 06702
                        Tel: 203-596-9030
                        Fax: 203-596-9036
                        E-mail: jtinley@tnrdlaw.com
                        Federal Bar No.: ct00765

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **APPEARANCE** was mailed on April 5, 2004 to:

>Peter M. Nolin
>Sandak Friedman Hennessey & Greco, LLP
>970 Summer Street
>Stamford, CT 06905

_____
Jeffrey J. Tinley