UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA,

        Plaintiff,

v.

TIG INSURANCE COMPANY,

        Defendant.

FILED
Apr 7 11 24 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Civil Action
No.: 302 CV 408 (CLG)

April 6, 2004

**APPEARANCE**

To The Clerk:

Please enter my Appearance on behalf of the Defendant in the above-captioned action.

        FOR THE DEFENDANT
        TIG INSURANCE COMPANY,

By: _____
        Brian M. Molinari (ct 21294)
        LANDMAN CORSI BALLAINE & FORD P.C.
        120 Broadway - 27th Floor
        New York, New York  10271-0079
        Tel (212) 238-4800
        Fax (212) 238-4848
        E-Mail: bmolinari@LCBF.com

366025.1 DocsNY

**CERTIFICATION**

I hereby certify that a copy of the foregoing **APPEARANCE** was mailed on April 6th, 2004 to:

>Peter M. Nolin
>Sandak Friedman Hennessey & Greco, LLP
>970 Summer Street
>Stamford, CT 06905
>
>Calum B. Anderson
>Danaher, Lagnese & Neal, P.C.
>21 Oak Street
>Hartford, CT 06106-8000
>
>Jeffrey Tinley
>Tinley Nastri Renehan & Dost, LLP
>601 North Main Street, 2nd Floor
>Waterbury, Connecticut 06702

_____
Brian M. Molinari

366025.1 DocsNY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA,

        Plaintiff,

v.

TIG INSURANCE COMPANY,

        Defendant.

FILED
APR 7  11 24 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Civil Action
No.: 302 CV 408 GLG

April 6, 2004

### LOCAL RULE 83.1(c)
### DESIGNATION

Pursuant to D. Conn. Local Rule 83.1(c), I hereby designate the following member of the Bar of this Court, who has an office within the District of Connecticut, upon whom service of all papers shall also be made:

    Attorney Jeffrey J. Tinley (ct00765)
    Tinley Nastri Renehan & Dost, LLP
    601 North Main Street, 2nd Floor
    Waterbury, Connecticut 06702
    Tel (203) 596-9030
    Fax (203) 596-9036
    E-Mail: Jtimnley@tnrdlaw.com

        FOR THE DEFENDANT
        TIG INSURANCE COMPANY,

By: _____
        Brian M. Molinari (ct 21294)
        LANDMAN CORSI BALLAINE & FORD P.C.
        120 Broadway - 27th Floor
        New York, New York  10271-0079
        Tel (212) 238-4800
        Fax (212) 238-4848
        E-Mail: bmolinari@LCBF.com

366025.1 DocsNY

**CERTIFICATION**

I hereby certify that a copy of the foregoing **LOCAL RULE 83.1(c) DESIGNATION** was mailed on April 6th, 2004 to:

>Peter M. Nolin
>Sandak Friedman Hennessey & Greco, LLP
>970 Summer Street
>Stamford, CT 06905
>
>Calum B. Anderson
>Danaher, Lagnese & Neal, P.C.
>21 Oak Street
>Hartford, CT 06106-8000
>
>Jeffrey Tinley
>Tinley Nastri Renehan & Dost, LLP
>601 North Main Street, 2nd Floor
>Waterbury, Connecticut 06702

_____
Brian M. Molinari

366025.1 DocsNY