UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA,

        Plaintiff,                Civil Action
                                      No.: 302 CV 408 GLG

v.

TIG INSURANCE COMPANY,
                                      April 8, 2004

        Defendant.

**MOTION *NUNC PRO TUNC* FOR AN EXTENSION OF TIME
WITHIN WHICH DEFENDANT MAY FILE REPLY PAPERS**

Defendant, TIG Insurance Company, by and through its attorneys, Landman Corsi Ballaine & Ford, P.C., respectfully moves this Court *nunc pro tunc* pursuant to Local Rule 7(b) for a thirty (30) day extension of time [until May 6, 2004] within which to file reply papers to plaintiff's Opposition Memorandum dated March 24, 2004, for the following reasons:

    1.    Our firm was recently substituted in to appear as defense counsel for TIG Insurance Company, the defendant in the above-captioned action.

    2.    On March 3, 2004, TIG's prior counsel, Danaher, Lagnese & Neal, P.C., filed a Motion to Compel discovery from plaintiff. On or about March 24, 2004, plaintiff responded to the Motion to Compel and produced voluminous documents.

    3.    As the undersigned is new to this case and just beginning to review the files and plaintiff's discovery responses, we respectfully request an additional 30 days (to May 6, 2004) in which to submit a Reply memorandum or, alternatively, to attempt to resolve the Motion without this Court's intervention.

4. Accordingly, as defendant's Reply papers would have been required to be filed on April 6, 2004 pursuant to Local Rule 7(d) and Fed. R. Civ. P. 6, defendant makes this request *nunc pro tunc* and respectfully requests a thirty day extension to May 6, 2004.

5. I spoke with plaintiff's counsel, Peter Nolin, Esq., on April 8, 2004. Attorney Nolin does not object to the requested extension.

6. This is the first extension of time requested by the undersigned.

                Respectfully submitted,

                FOR THE DEFENDANT
                TIG INSURANCE COMPANY,

By: _____
     Brian M. Molinari (ct 21294)
     LANDMAN CORSI BALLAINE & FORD P.C.
     120 Broadway - 27th Floor
     New York, New York 10271-0079
     Tel (212) 238-4800
     Fax (212) 238-4848
     E-Mail: bmolinari@LCBF.com

## **CERTIFICATION**

   I hereby certify that a copy of the foregoing **Motion for Extension** was mailed on April ____, 2004 to:

        Peter M. Nolin, Esq.
        Sandak Friedman Hennessey & Greco, LLP
        970 Summer Street
        Stamford, CT 06905

        Calum B. Anderson, Esq.
        Danaher, Lagnese & Neal, P.C.
        21 Oak Street
        Hartford, CT 06106-8000

        Jeffrey Tinley, Esq.
        Tinley Nastri Renehan & Dost, LLP
        601 North Main Street, 2nd Floor
        Waterbury, Connecticut 06702

                                      _____
                                            Brian M. Molinari

367079.1 DocsNY