UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA | : CIVIL ACTION NO.: 302CV408GIG |
| Plaintiff, | : |
| v. | : |
| TIG INSURANCE COMPANY, | : |
| Defendant. | : APRIL 8, 2004 |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Calum B. Anderson hereby moves to withdraw his appearance on behalf of the defendant, TIG INSURANCE COMPANY. In support of this motion, the undersigned states that Brian M. Molinari, Esq. and Jeffrey J. Tinley, Esq. have recently filed appearances on behalf of the defendant. As such, the defendant is properly represented in connection with this matter.

For the foregoing reasons, the undersigned respectfully requests that this motion be granted.

DEFENDANT
TIG INSURANCE COMPANY

BY _/s/ Calum B. Anderson_
Calum B. Anderson
Federal Bar No.: ct07611
DANAHER, LAGNESE & NEAL, P.C.
Capitol Place
21 Oak Street
Hartford, CT 06106
(860) 247-3666

CBA//427006.1

## ORDER

The foregoing Motion having been heard, it is hereby ORDERED:

GRANTED / DENIED

The Court

_____
Judge/Clerk

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid on this 8th day of April, 2004, to all counsel of record and pro se parties as follows:

Peter M. Nolin
Stephanie A. McLaughlin
Sandak, Friedman, Hennessey &
 Greco, LLP
970 Summer Street
Stamford, CT 06905

Brian M. Molinari
Landman, Corsi, Ballaine & Ford, P.C.
120 Broadway - 27th Floor
New York, NY 10271-0079

Jeffrey J. Tinley
Tinley, Nastri, Renehan & Dost, LLP
601 North Main Street, 2nd Floor
Waterbury, CT 06702

                                                  Calum B. Anderson