```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------X
TRAVELERS CASUALTY & SURETY       :
COMPANY OF AMERICA,               :
                                  :
        Plaintiff,                :      ORDER
                                  :
    -against-                     :
                                  :      3: 02 CV 408 (GLG)
TIG INSURANCE COMPANY,            :
                                  :
        Defendant.                :
----------------------------------X
```

Defendant's motion for extension of time [Doc. #33] through and including May 6, 2004, to reply to Plaintiff's Opposition Memorandum is **granted**.

    **SO ORDERED.**

**Dated:   April 13, 2004**
         **Waterbury, CT**                                /s/
                                                          Gerard L. Goettel
                                                          U.S.D.J.