```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------X
TRAVELERS CASUALTY & SURETY       :
COMPANY OF AMERICA,               :
                                  :
        Plaintiff,                :         ORDER
                                  :
     -against-                    :
                                  :    3: 02 CV 408 (GLG)
TIG INSURANCE COMPANY,            :
                                  :
        Defendant.                :
----------------------------------X
```

The motions for Calum B. Anderson [Doc. #34] and R. Cornelius Danaher, Jr., [Doc. #35] to Withdraw as Attorneys are **granted.**

       **SO ORDERED.**

**Dated:   April 13, 2004**
**         Waterbury, CT**                                  /s/
                                                               Gerard L. Goettel
                                                                  U.S.D.J.