UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Apr 28  11 13 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA,

            Plaintiff,

v.

TIG INSURANCE COMPANY,

            Defendant.

Civil Action
No.: 302 CV 408 GLG

April 27, 2004

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS

Defendant, TIG Insurance Company, by and through its attorneys, Landman Corsi Ballaine & Ford, P.C., respectfully moves this Court pursuant to Local Rule 7(b)(1)(b) for an extension of time until May 31, 2004 within which to respond to Plaintiff's discovery requests. In support hereof, I submit the following:

1.    Our firm was recently substituted in to appear as defense counsel for TIG Insurance Company, the defendant in the above-captioned action. As plaintiff's First Set of Interrogatories and Requests for Production dated March 11, 2004 are comprised of nineteen interrogatories and twenty-one categories of document requests, we respectfully request an extension until May 31, 2004 in which to respond so as to adequately review the files which we just recently received.

2.    I spoke with plaintiff's counsel, Peter Nolin, Esq., on April 23, 2004. Attorney Nolin does not object to the requested extension.

3.    This is the first extension of time for discovery requested by the undersigned.

368364.1 DocsNY

Respectfully submitted,

FOR THE DEFENDANT
TIG INSURANCE COMPANY,

By: _____

Brian M. Molinari (ct 21294)
LANDMAN CORSI BALLAINE & FORD P.C.
120 Broadway - 27th Floor
New York, New York  10271-0079
Tel (212) 238-4800
Fax (212) 238-4848
E-Mail: bmolinari@LCBF.com

### CERTIFICATION

I hereby certify that a copy of the foregoing **Motion for Extension** was mailed on April 27, 2004 to:

Peter M. Nolin, Esq.
Sandak Friedman Hennessey & Greco, LLP
970 Summer Street
Stamford, CT 06905

Jeffrey Tinley, Esq.
Tinley Nastri Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, Connecticut 06702

_____
**BRIAN M. MOLINARI**

368364.1 DocsNY