UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA,

        Plaintiff,

v.

TIG INSURANCE COMPANY,

        Defendant.

Civil Action
No.: 302 CV 408 GLG

April 27, 2004

FILED
Apr 28  11 13 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS

Defendant, TIG Insurance Company, by and through its attorneys, Landman Corsi Ballaine & Ford, P.C., respectfully moves this Court pursuant to Local Rule 7(b)(1)(b) for an extension of time until May 31, 2004 within which to respond to Plaintiff's discovery requests. In support hereof, I submit the following:

1. Our firm was recently substituted in to appear as defense counsel for TIG Insurance Company, the defendant in the above-captioned action. As plaintiff's First Set of Interrogatories and Requests for Production dated March 11, 2004 are comprised of nineteen interrogatories and twenty-one categories of document requests, we respectfully request an extension until May 31, 2004 in which to respond so as to adequately review the files which we just recently received.

2. I spoke with plaintiff's counsel, Peter Nolin, Esq., on April 23, 2004. Attorney Nolin does not object to the requested extension.

3. This is the first extension of time for discovery requested by the undersigned.

368364.1 DocsNY

                Respectfully submitted,

                FOR THE DEFENDANT
                TIG INSURANCE COMPANY,

By: _____
                Brian M. Molinari (ct 21294)
                LANDMAN CORSI BALLAINE & FORD P.C.
                120 Broadway - 27th Floor
                New York, New York 10271-0079
                Tel (212) 238-4800
                Fax (212) 238-4848
                E-Mail: bmolinari@LCBF.com

## CERTIFICATION

I hereby certify that a copy of the foregoing **Motion for Extension** was mailed on April 27, 2004 to:

        Peter M. Nolin, Esq.
        Sandak Friedman Hennessey & Greco, LLP
        970 Summer Street
        Stamford, CT 06905

        Jeffrey Tinley, Esq.
        Tinley Nastri Renehan & Dost, LLP
        60 North Main Street, 2nd Floor
        Waterbury, Connecticut 06702

_____
**BRIAN M. MOLINARI**

368364.1 DocsNY