UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA,

        Plaintiff,

v.

TIG INSURANCE COMPANY,

        Defendant.

Civil Action
No.: 302 CV 408 GLG

May 4, 2004

### DEFENDANT'S MOTION TO WITHDRAW DEFENDANT'S MOTION WITHOUT PREJUDICE TO RENEW MOTION

Defendant, TIG Insurance Company, by and through its attorneys, Landman Corsi Ballaine & Ford, P.C., respectfully moves this Court pursuant to Local Rule 7(b)(1)(b) for an order to withdraw Defendant's motion to compel. In support hereof, I submit the following:

1. Our firm was recently substituted in to appear as defense counsel for TIG Insurance Company, the defendant in the above-captioned action.

2. On March 3, 2004, TIG's prior counsel filed a Motion to Compel discovery, as plaintiff had not provided any discovery. On or about March 24, 2004, plaintiff responded to the Motion to Compel and produced voluminous documents.

3. We are continuing to review plaintiff's document production, interrogatory responses and privilege log and we are not in a position to determine whether those materials are in full compliance with TIG's discovery requests. Nonetheless, in light of plaintiff's substantial production, we propose to withdraw TIG's Motion to Compel at this time, without prejudice to TIG's right, as discovery progresses to file a motion to compel should particular discovery issues arise. We believe

369001.1 DocsNY

this proposal is the most efficient way for both the Court and the parties to resolve the pending motion.

                    Respectfully submitted,

                    FOR THE DEFENDANT
                    TIG INSURANCE COMPANY,

By: _____
                    Brian M. Molinari (ct 21294)
                    LANDMAN CORSI BALLAINE & FORD P.C.
                    120 Broadway - 27th Floor
                    New York, New York  10271-0079
                    Tel (212) 238-4800
                    Fax (212) 238-4848
                    E-Mail: bmolinari@LCBF.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Motion to Withdraw** was mailed on May 4th, 2004 to:

                    Peter M. Nolin, Esq.
                    Sandak Friedman Hennessey & Greco, LLP
                    970 Summer Street
                    Stamford, CT 06905

                    Jeffrey Tinley, Esq.
                    Tinley Nastri Renehan & Dost, LLP
                    60 North Main Street, 2nd Floor
                    Waterbury, Connecticut 06702

                    Calum B. Anderson, Esq.
                    Danaher, Lagnese & Neal, P.C.
                    21 Oak Street
                    Hartford, CT 06106-8000

                    _____
                    **BRIAN M. MOLINARI**

369001.1 DocsNY