**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
-----------------------------------X
TRAVELERS CASUALTY & SURETY        :
COMPANY OF AMERICA,                :
                                   :
        Plaintiff,                 :         **ORDER**
                                   :
    -against-                      :
                                   :         **3: 02 CV 408 (GLG)**
TIG INSURANCE COMPANY,             :
                                   :
        Defendant.                 :
-----------------------------------X

Defendant's motion to withdraw its Motion to Compel without prejudice to renew the motion [Doc. #40] is **granted**.

    **SO ORDERED.**

**Dated:   May 10, 2004**
          **Waterbury, CT**                    _____/s/_____
                                             **Gerard L. Goettel**
                                                  **U.S.D.J.**