

43

02cv408muthapr

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 AUG 11 A 11: 05

U.S. DISTRICT COURT
HARTFORD, CT

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA,

        Plaintiff,

v.

TIG INSURANCE COMPANY,

        Defendant.

Civil Action
No.: 3:02 CV 408 (AWT)

August 10, 2004

### MOTION TO WITHDRAW APPEARANCE OF ATTORNEY BRIAN M. MOLINARI PURSUANT TO FED. R. CIV. P. 7(e)

Attorney Brian M. Molinari hereby moves pursuant to Fed. R. Civ. P. 7(e) to withdraw his appearance in this matter for the Defendant, TIG Insurance Company. In support of his motion, Attorney Molinari submits the following:

1. Attorney Molinari is separating from employment with Landman Corsi Ballaine & Ford, P.C., effective August 11, 2004, and is relocating to another state.

2. Notwithstanding the withdrawal of Attorney Molinari's Appearance, Defendant TIG Insurance Company remains represented in this action by other counsel who has appeared on record for the Defendant: Attorney Jeffrey Tinley, Esq., Tinley Nastri Renehan & Dost, LLP, 60 North Main Street, 2nd Floor, Waterbury, Connecticut 06702. In addition, Attorney Corsi of Landman Corsi Ballaine & Ford P.C. is petitioning this Court for Admission to its Bar, and thereafter will also be entering an Appearance.

3. Actual notice of this motion has been sent by certified mail to the defendant, TIG Insurance Company.

375219.1 DocsNY

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J
Hartford CT  8/16/04