UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA,

        Plaintiff,                  Civil Action
                                                No.: 302 CV 408 AWT

   v.

TIG INSURANCE COMPANY,
                                                September 16, 2004
        Defendant.

**APPEARANCE**

To The Clerk:

Please enter my Appearance on behalf of the Defendant in the above-captioned action.

                              FOR THE DEFENDANT
                              TIG INSURANCE COMPANY,

              By: _____
                              Louis G. Corsi (ct 26157)
                              LANDMAN CORSI BALLAINE & FORD P.C.
                              120 Broadway - 27th Floor
                              New York, New York  10271-0079
                              Tel (212) 238-4800
                              Fax (212) 238-4848
                              E-Mail: lcorsi@LCBF.com

**CERTIFICATION**

I hereby certify that a copy of the foregoing **APPEARANCE** was mailed on September 16, 2004 to:

    Peter M. Nolin
    Sandak Friedman Hennessey & Greco, LLP
    970 Summer Street
    Stamford, CT 06905

    Jeffrey Tinley
    Tinley Nastri Renehan & Dost, LLP
    601 North Main Street, 2nd Floor
    Waterbury, Connecticut 06702

_____
Louis G. Corsi

366025.1 DocsNY