UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA,

                Plaintiff,                Civil Action
                                            No.: 302 CV 408 AWT

    v.

TIG INSURANCE COMPANY,

                                            September 16, 2004
                Defendant.

## LOCAL RULE 83.1(c)
### DESIGNATION

      Pursuant to D. Conn. Local Rule 83.1(c), I hereby designate the following member of the Bar of this Court, who has an office within the District of Connecticut, upon whom service of all papers shall also be made:

    Attorney Jeffrey J. Tinley (ct00765)
    Tinley Nastri Renehan & Dost, LLP
    601 North Main Street, 2nd Floor
    Waterbury, Connecticut 06702
    Tel (203) 596-9030
    Fax (203) 596-9036
    E-Mail: Jtimnley@tnrdlaw.com

                    FOR THE DEFENDANT
                    TIG INSURANCE COMPANY,

        By: _____
                    Louis G. Corsi (ct 26157)
                    LANDMAN CORSI BALLAINE & FORD P.C.
                    120 Broadway - 27th Floor
                    New York, New York  10271-0079
                    Tel (212) 238-4800
                    Fax (212) 238-4848
                    E-Mail: lcorsi@LCBF.com

366025.1 DocsNY

## CERTIFICATION

I hereby certify that a copy of the foregoing **LOCAL RULE 83.1(c) DESIGNATION** was mailed on September 16, 2004 to:

Peter M. Nolin
Sandak Friedman Hennessey & Greco, LLP
970 Summer Street
Stamford, CT 06905

Jeffrey Tinley
Tinley Nastri Renehan & Dost, LLP
601 North Main Street, 2nd Floor
Waterbury, Connecticut 06702

Louis G. Corsi