UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | : : : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| v. | : : | 302CV408(AWT) |
| TIG INSURANCE COMPANY, | : : | |
| Defendant. | : | October 7, 2004 |

## UNOPPOSED MOTION TO EXTEND TIME
## TO FILE SUMMARY JUDGMENT

Plaintiff, with the consent of the Defendant, hereby moves for a 14-day extension of time for the parties to file cross motions for summary judgment. The parties' most recent case management schedule proposed the cross filing of summary judgments by the parties on October 8, 2004. Undersigned counsel's other Court commitments have precluded Plaintiff from meeting this schedule. Accordingly, the parties seek to amend the schedule to provide for cross filing of summary judgments motions on October 22, 2004 with opposition briefs to be filed on Friday, November 12, 2004 and any reply briefs to be filed in accordance with the Local Rules on Monday, November 22, 2004.

This is Plaintiff's first request for extension of time to reset this schedule. Defense Counsel Louis Corsi has indicated he has no objection.

Wherefore, Plaintiff respectfully moves for an extension of time for the cross filing of summary judgment motions to October 22, 2004.

        **THE PLAINTIFF,**
        **TRAVELERS CASUALTY &**
        **SURETY COMPANY OF AMERICA**

        By_____/s/_____
        Peter M. Nolin (ct 06223)
        Sandak Hennessey & Greco, LLP
        707 Summer Street
        Stamford, CT  06901
        (203) 425-4200
        (203) 325-8608 (fax)
        Its Attorney.

## **CERTIFICATION**

      I certify that a copy of the foregoing was sent via first class mail on this 7th day of October, 2004 to:

Louis G. Corsi (ct 26157)  
Landman Corsi Ballaine & Ford P.C.  
120 Broadway, 27th Floor  
New York, NY 10271

Jeffrey J. Tinley  
Tinley Nastri Renehan & Dost LLP  
60 North Main Street, 2nd floor  
Waterbury, CT  06702-1403

                                                                _____/s/_____  
                                                               Peter M. Nolin (ct06223)