UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | : : : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| v. | : : | 302CV408(AWT) |
| TIG INSURANCE COMPANY, | : : | |
| Defendant. | : | October 19, 2004 |

### UNOPPOSED MOTION TO EXTEND TIME
### TO FILE SUMMARY JUDGMENT

Plaintiff, with the consent of the Defendant, hereby moves for an additional 19-day extension of time for the parties to file cross motions for summary judgment. The parties' first extension of time amended the case management schedule to provide for cross filing of summary judgment motions on October 22, 2004. Plaintiff's counsel, Peter Nolin, is on trial before United States District Judge Ellen Bree Burns, United States District Court District of Connecticut, *Data Support Associates, Inc. v. MGE UPS Systems, Inc.*, docket number 3 : 02cv1418 (EBB). Therefore, Plaintiff's counsel's other Court commitments have precluded Plaintiff from meeting the October 22, 2004 schedule. Accordingly, the parties seek to amend the schedule to provide for cross filing of summary judgments motions on November 10, 2004 with opposition briefs to be filed on Wednesday, December 1, 2004 and any reply briefs to be filed in accordance with the Local Rules on Monday, December 13, 2004.

This is Plaintiff's second request for extension of time to reset this schedule. Defense Counsel Louis Corsi has indicated he has no objection.

Wherefore, Plaintiff respectfully moves for an extension of time for the cross filing of summary judgment motions to November 10, 2004.

**THE PLAINTIFF,**
**TRAVELERS CASUALTY &**
**SURETY COMPANY OF AMERICA**


By_____/s/_____
    Peter M. Nolin (ct 06223)
    Stephanie A. McLaughlin (ct 22774)
    Sandak Hennessey & Greco, LLP
    707 Summer Street
    Stamford, CT  06901
    (203) 425-4200
    (203) 325-8608 (fax)
    Its Attorney.

2

## **CERTIFICATION**

      I certify that a copy of the foregoing was sent via first class mail on this 19th day of October, 2004 to:

Louis G. Corsi (ct 26157)
Landman Corsi Ballaine & Ford P.C.
120 Broadway, 27th Floor
New York, NY 10271

Jeffrey J. Tinley
Tinley Nastri Renehan & Dost LLP
60 North Main Street, 2nd floor
Waterbury, CT  06702-1403

                                                                         _____/s/_____
                                                                        Stephanie A. McLaughlin