DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA )<br><br>Plaintiff )<br>)<br>v. )<br>)<br>TIG INSURANCE COMPANY )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>3:02CV408 (GLG)<br><br><br><br><br>NOVEMBER 10, 2004 |

## AFFIDAVIT OF GERARD E. DOAK

I, Gerard E. Doak, being duly sworn, hereby depose and say:

1. I am over the age of 18 and believe in the obligations of an oath.

2. I make this Affidavit based on my familiarity with the records of Travelers Casualty & Surety Company of America ("Travelers").

3. I am currently employed as a claims handler for St. Paul Travelers.

4. In that capacity I have responsibility for this litigation with TIG Insurance Company ("TIG") and the files of Travelers relating the Weitz Company Inc., ("Weitz").

5. These files reflect that Travelers agreed in 1996 with TIG to jointly defend Weitz in *Shoreline Care Limited Partnership v. Jansen & Rogan Consulting Engineers, P.C.*, pending in the Connecticut Superior Court for the District of New Haven, Docket No. CV-94-0155982-S (the "Shoreline Litigation") and that Travelers expected to split the fees and costs of the defense with TIG on 50/50 basis.

1

6. According to the records in the file, as of April 6, 2001, Travelers had incurred and subsequently paid attorneys fees and disbursements in the defense of Weitz to the law firm of Milano & Wanat of $491,728.33.

7. According to the records in the file, Travelers incurred and ultimately paid legal fees to the firm of Milano & Wanat and related costs in the defense of Weitz from August 1996 through January 2003 in the total amount of $887,256.

8. According to Travelers records, TIG has never made any payments to Travelers from August 1996 to date for the defense of Weitz in the Shoreline litigation.

_____
Gerard E. Doak


Subscribed and sworn to before me this 9th day of November, 2004.

_____
Commissioner of the Superior Court
Notary Public
My Commission Expires: 2-8-06

BEVERLEY LEWIS BERNARD
Notary Public, State of New York
No. 01BE4919826
MONROE COUNTY
Commission Expires 2-8-2006

2