**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **TRAVELERS CASUALTY & SURETY** ) | |
| **COMPANY OF AMERICA** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | **CIVIL ACTION NO.** |
| ) | **3:02CV408 (AWT)** |
| v. ) | |
| ) | |
| ) | |
| **TIG INSURANCE COMPANY** ) | |
| ) | |
| **Defendant.** ) | **NOVEMBER 10 , 2004** |

### NOTICE OF MANUAL FILING

Please take notice that Plaintiff, Travelers Casualty & Surety Company of America, has manually filed the following document or thing:

*Plaintiff's Appendix to Plaintiff's Local Rule 56(a)1 Statement of Material Facts Not in Dispute In Support of Plaintiff's Summary Judgment Motion*
**Parts I and Parts II, dated November 10, 2004**


This document has not been filed electronically because

[ ]   the document or thing cannot be converted to an electronic format
[ X]   the electronic file size of the documents exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil
       Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

**THE PLAINTIFF,
TRAVELERS CASUALTY &
SURETY COMPANY OF
AMERICA**

By_____/S/_____
Peter M. Nolin (ct 06223)
**Sandak Hennessey & Greco LLP**
707 Summer Street
Stamford, CT  06901-1026
(203) 425-4200
(203) 325-8608 (fax)
pnolin@shglaw.com

## **CERTIFICATION**

I certify that a copy of the foregoing was sent via first class mail on this 10th day of November, 2004 to:

Louis G. Corsi (ct 26157)
Landman Corsi Ballaine & Ford P.C.
120 Broadway, 27th Floor
New York, NY 10271

Jeffrey J. Tinley
Tinley Nastri Renehan & Dost LLP
60 North Main Street, 2nd floor
Waterbury, CT  06702-1403

                                                                                                                     __/S/_____
                                                                                                                      Peter M. Nolin