UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | CIVIL ACTION NO.: 302CV408AWT |
| Plaintiff, | NOVEMBER 10, 2004 |
| v. | |
| TIG INSURANCE COMPANY, | |
| Defendant. | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P. 56(b) and Local Rule 56(a), the defendant, TIG INSURANCE COMPANY ("TIG"), respectfully moves that this court grant summary judgment in its favor with respect to all five (5) counts contained in Travelers Casualty & Surety Company of America's ("Travelers") Complaint dated March 14, 2002.

In support of its Motion for Summary Judgment, TIG submits the following:

1. Memorandum of Law in Support;

2. Local Rule 56(a)1 Statement with the following exhibits:

    Ex. A   Travelers Complaint, dated March 14, 2002;

    Ex. B   Travelers Insurance Policies (bound separately for convenience);

    Ex. C   TIG Insurance Policy;

    Ex. D   Stipulation to Modify Case Scheduling and Pre-trial Deadlines, dated September 17, 2004;

382180.1 DocsNY

Ex. E    Travelers' Letter dated, August 8, 1996;

Ex. F    TIG's Letter dated December 28, 1995;

Ex. G    Letter on behalf of TIG dated September 6, 1996;

Ex. H    Fax Cover Sheet and letter on behalf of TIG dated September 6, 1996;

Ex. I    Letter on behalf of TIG dated April 6, 2001;

Ex. J    Letters on behalf of TIG dated July 26, 2001 and December 18, 2001; and

Ex. K    Memorandum of Decision and Entry of Judgment dated November 15, 2002 in the Shoreline Action.

Respectfully submitted,

FOR THE DEFENDANT
TIG INSURANCE COMPANY,

By _____
~~Louis~~ G. Corsi (ct 26157)
LANDMAN CORSI BALLAINE & FORD P.C.
120 Broadway - 27th Floor
New York, New York 10271-0079
Tel (212) 238-4800
Fax (212) 238-4848
E-Mail: lcorsi@LCBF.com

## CERTIFICATION

I hereby certify that on November 9, 2004 a copy of the foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was sent by overnight messenger, for delivery on November 10, 2004 to:

> Peter M. Nolin
> Sandak Friedman Hennessey & Greco, LLP
> 970 Summer Street
> Stamford, CT 06905
>
> Jeffrey Tinley
> Tinley Nastri Renehan & Dost, LLP
> 601 North Main Street, 2nd Floor
> Waterbury, Connecticut 06702

_____
Louis G. Corsi

382171.1 DocsNY