UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIG INSURANCE COMPANY,<br><br>    Defendant | CIVIL ACTION NO.: 302CV408AWT<br><br>NOVEMBER 10, 2004 |

## LIST OF UNPUBLISHED CASES CITED IN DEFENDANT'S MEMORANDUM OF LAW

| | |
|---|---|
| Exhibit A, at p. 16: | Imperial Cas. and Indem. Co. v. ITT Hartford Ins. Group Foundation, Inc., 1997 WL 53320 (1997). |
| Exhibit B, at p. 16: | Shoreline Communications, Inc. v. Norwich Taxi, LLC, 2001 WL 477390 (Conn. Super. 2001). |
| Exhibit C, at p. 16: | McBurney v. Cirillo, 2003 WL 22234871 (Conn. Super 2003). |
| Exhibit D, at p. 18: | Armin v. White, 2004 WL 615570 (Conn. Super. 2004). |
| Exhibit E, at p. 21: | Bassetti v. East Haven Bd. of Educ., 2001 WL 811702 (Conn. Super. 2001). |
| Exhibit F, at p. 21: | Zimmerman v. Cohen, 2004 WL 877853 (Conn. Super. 2004). |