# EXHIBIT B

# Exhibit B
# to TIG Insurance Company's Local Rule 56(a) 1 Statement, dated November 9, 2004

## Bound Separately

372103.1 DocsNY