47

GRANTED. Discovery shall be completed by April 30, 2005. Dispositive motions, if any, shall be filed on or before October 8, 2005. It is so ordered.

/s/ Thompson, U.S.D.J.    11/12/04    Hartford, CT

FILED
2004 NOV 12 P 5 31
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

FILED
2004 SEP 20 A 11:32
[DISTRICT COURT]

| | | |
|---|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | : | |
| Plaintiff, | : | CIVIL ACTION NO.: 3:02CV0408(AWT) |
| v. | : | |
| TIG INSURANCE COMPANY, | : | |
| Defendant. | : | September 17, 2004 |

### STIPULATION TO MODIFY CASE SCHEDULING AND PRETRIAL DEADLINES

Plaintiff, Travelers Casualty & Surety Company of America ("Travelers") and Defendant TIG Insurance Company ("TIG") through counsel hereby stipulate to amend the previously filed Rule 26(f) report and to modify pretrial deadlines as set forth below. The parties have agreed that this case might best be adjudicated by filing immediate cross motions for summary judgment before the parties complete further costly discovery by means of depositions. The parties have agreed to file cross-motions for summary judgment by October 8, 2004, but each party wishes to reserve the right to take further factual discovery, including discovery by deposition, prior to December 30, 2004, if it appears there are pertinent and factual issues in dispute as a result of those cross motions. Accordingly the parties request that the case pretrial deadlines be amended in accordance with the following amended schedules:

I.  Date Complaint Filed:         March 6, 2002

    Date Complaint Served:        March 12, 2002

    Date of Defendant's Appearance:  April 2, 2002