48

FILED

2004 OCT -8  A 11: 21

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA,

                Plaintiff,

v.

TIG INSURANCE COMPANY,

                Defendant.

:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.
302CV408(AWT)

October 7, 2004

## UNOPPOSED MOTION TO EXTEND TIME
## TO FILE SUMMARY JUDGMENT

    Plaintiff, with the consent of the Defendant, hereby moves for a 14-day extension of time

for the parties to file cross motions for summary judgment. The parties' most recent case

management schedule proposed the cross filing of summary judgments by the parties on October

8, 2004. Undersigned counsel's other Court commitments have precluded Plaintiff from meeting

this schedule. Accordingly, the parties seek to amend the schedule to provide for cross filing of

summary judgments motions on October 22, 2004 with opposition briefs to be filed on Friday,

November 12, 2004 and any reply briefs to be filed in accordance with the Local Rules on

Monday, November 22, 2004.

    This is Plaintiff's first request for extension of time to reset this schedule. Defense

Counsel Louis Corsi has indicated he has no objection.

FILED

2004 NOV 12  P 5:34

U.S. DISTRICT COURT
HARTFORD, CT

DENIED, as moot.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   11/12/04