49

FILED

2004 OCT 20 A 10: 44

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| v. | : | 302CV408(AWT) |
| TIG INSURANCE COMPANY, | : | |
| Defendant. | : | October 19, 2004 |

### UNOPPOSED MOTION TO EXTEND TIME
### TO FILE SUMMARY JUDGMENT

Plaintiff, with the consent of the Defendant, hereby moves for an additional 19-day extension of time for the parties to file cross motions for summary judgment. The parties' first extension of time amended the case management schedule to provide for cross filing of summary judgment motions on October 22, 2004. Plaintiff's counsel, Peter Nolin, is on trial before United States District Judge Ellen Bree Burns, United States District Court District of Connecticut, *Data Support Associates, Inc. v. MGE UPS Systems, Inc.*, docket number 3 : 02cv1418 (EBB). Therefore, Plaintiff's counsel's other Court commitments have precluded Plaintiff from meeting the October 22, 2004 schedule. Accordingly, the parties seek to amend the schedule to provide for cross filing of summary judgments motions on November 10, 2004 with opposition briefs to be filed on Wednesday, December 1, 2004 and any reply briefs to be filed in accordance with the Local Rules on Monday, December 13, 2004.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford CT  11 12 04

FILED 2004 NOV 12 P 3: 52
U.S. DISTRICT COURT
HARTFORD, CT