UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | CIVIL ACTION NO.: 302CV408AWT |
| Plaintiff, | |
| | DECEMBER 1, 2004 |
| v. | |
| TIG INSURANCE COMPANY, | |
| Defendant | |

## RULE 56(f) AFFIRMATION OF LOUIS G. CORSI

Louis G. Corsi, declares under penalty of perjury pursuant to 28 U.S.C §1746, the following:

1. I am a member of Landman Corsi Ballaine & Ford P.C., attorneys for defendant TIG Insurance Company ("TIG"), and as such, and from a review of our files, I am fully familiar with the facts and circumstances of this case.

2. I submit this Affirmation in opposition to Plaintiff's Motion for Summary Judgment.

3. As set forth in TIG's separate motion for summary judgment dated November 10, 2004, the relevant facts are undisputed and mandate dismissal of Travelers' complaint in its entirety. To the extent, however, the Court disagrees, then Travelers' cross-motion must still be denied because of disputed issues of fact.

4. As discussed in TIG's accompanying Memorandum of Law in Opposition to

383441.1 DocsNY

Travelers Motion for Summary Judgment ("TIG Opposition"), if Travelers' claims are not denied on the merits as a matter of law, TIG requires additional discovery from Travelers, on issues uniquely under Travelers' control. Among other things, TIG is entitled to explore through depositions of Gerard E. Doak, claims handler for St. Paul Travelers, and Gerard Zwick, previous claims handler of Aetna Casualty & Surety Company, regarding: (a) Travelers, understanding and knowledge of TIG's September 6, 1996 reservation of rights letter, (b) the facts and circumstances surrounding the preparation and issuance of the certificates of insurance referenced in Travelers' Motion for Summary Judgment (Tab 46) and (e) the facts and circumstances surrounding Travelers' handling of the claim asserted against the Weitz Co. in the Shoreline Action, including Travelers (i) supervision of defense counsel, and (ii) review and payment of defense invoices.

6. For all of the foregoing reasons, TIG Insurance Company respectfully requests that should the Court not dismiss Travelers' Complaint in its entirety, then it should deny Travelers' motion for summary judgment in order to permit TIG to conduct further discovery.

_____
Louis G. Corsi (ct 26157)

## CERTIFICATION

I hereby certify that on November 30, 2004 a copy of the foregoing **RULE 56(f) AFFIRMATION OF LOUIS G. CORSI** was sent by overnight messenger, for delivery on December 1, 2004 to:

> Peter M. Nolin
> Sandak Friedman Hennessey & Greco, LLP
> 970 Summer Street
> Stamford, CT 06905
>
> Jeffrey Tinley
> Tinley Nastri Renehan & Dost, LLP
> 601 North Main Street, 2nd Floor
> Waterbury, Connecticut 06702

_____
Louis G. Corsi

383485.1 DocsNY