## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO.: 3:02CV408(AWT) |
| v. | : : : | |
| TIG INSURANCE COMPANY, | : : | |
| Defendant. | : | DECEMBER 1, 2004 |

### TRAVELERS' STATEMENT PURSUANT TO LOCAL RULE 56(a)(2) IN RESPONSE TO DEFENDANT'S LOCAL RULE 56(a)(1) STATEMENT

Plaintiff, Travelers Casualty & Surety Company of America ("Travelers") submits this response to Defendant's Local Rule 56(a)1 Statement of Material Facts Not In Dispute dated November 10, 2004. Plaintiff states the following:

1. Travelers does not dispute Statement 1.

2. Travelers does not dispute Statement 2.

3. Travelers does not dispute Statement 3.

4. Travelers does not dispute Statement 4.

5. Travelers does not dispute Statement 5.

6. Travelers does not dispute Statement 6.

1

7. Travelers does not dispute Statement 7.

8. Travelers does not dispute Statement 8.

9 Travelers does not dispute Statement 9.

10. As to Statement 10, Travelers does not object to the referenced document on the grounds of authenticity; however, Travelers objects on the grounds of relevance inasmuch as the document references a prior *Weitz* proceeding and not the *Weitz* litigation at issue. Travelers refers the Court to the complete document.

11. Travelers makes no response to Statement 11 as there is no Statement 11.

12. As to Statement 12, Travelers does not object to the referenced document on the grounds of authenticity or relevance; however Travelers objects to the Statement on the basis that it mischaracterizes the document and therefore refers the Court to the complete document.

13. Travelers does not dispute Statement 13.

14. Travelers does not dispute Statement 14.

15. As to Statement 15, Travelers does not object to the referenced document on the grounds of authenticity or relevance; but Travelers disputes the conclusions contained in those documents as to the issue of whether TIG had the right to withdraw its defense after four and a half years and after having agreed to split the costs of defense with Travelers.

16. Travelers does not dispute Statement 16.

Travelers reserves the right to take discovery on all disputed issues and any statements of undisputed fact made by Travelers which TIG disputes in its opposition to Travelers motion.

**THE TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA**

By_____/s/_____
Peter M. Nolin (ct 06223)
**Sandak Hennessey & Greco LLP**
707 Summer Street
Stamford, CT  06901-1026
(203) 425-4200
(203) 325-8608 (fax)
pnolin@shglaw.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record this 1st day of December, 2004:

Louis G. Corsi (ct 26157)
Landman Corsi Ballaine & Ford P.C.
120 Broadway, 27th Floor
New York, NY 10271

Jeffrey J. Tinley
Tinley Nastri Renehan & Dost LLP
60 North Main Street, 2nd floor
Waterbury, CT  06702-1403

_____/s/_____
Peter M. Nolin