**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | : : : | |
| Plaintiff, | : | CIVIL ACTION  NO. |
| v. | : | 302CV408(AWT) |
| | : | |
| TIG INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | DECEMBER13, 2004 |

**<u>MOTION FOR PERMISSION TO FILE AN EXTENDED REPLY BRIEF</u>**

The Plaintiff, Travelers Casualty & Surety Company of America ("Travelers"), hereby moves for permission to file an extended reply brief that is over the ten page limit on reply briefs under Local Rule 7(d).  The parties in this action have filed cross motions for summary judgment.  Both Travelers and the TIG Insurance Company ("TIG") have filed briefs in opposition to each others motion for summary judgment.  Travelers is seeking permission from this Court to file its Reply Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, which is over the ten page limit on reply briefs under Local Rule 7(d).  The basis for this motion is TIG introduced wholly new issues in its opposition brief; therefore, Travelers would not be able to fully and adequately respond to the issues raised in TIG's opposition brief in ten pages.

Wherefore, Plaintiff respectfully moves for permission to file an extended reply brief.

**THE PLAINTIFF,**
**TRAVELERS CASUALTY &**
**SURETY COMPANY OF AMERICA**


By_____**/S/**_____
Peter M. Nolin (ct 06223)
**Sandak Hennessey & Greco LLP**
707 Summer Street
Stamford, CT  06901-1026
(203) 425-4200
(203) 325-8608 (fax)
pnolin@shglaw.com

2

## **CERTIFICATION**

I certify that a copy of the foregoing was sent via first class mail on this 13th day of

December, 2004 to:

Louis G. Corsi (ct 26157)
Landman Corsi Ballaine & Ford P.C.
120 Broadway, 27th Floor
New York, NY 10271

Jeffrey J. Tinley
Tinley Nastri Renehan & Dost LLP
60 North Main Street, 2nd floor
Waterbury, CT  06702-1403


_____**/S/**_____
Peter M. Nolin

3