67

FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2004 DEC -15 P 3: 00

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| v. | : | 302CV408(AWT) |
| TIG INSURANCE COMPANY, | : | |
| Defendant. | : | DECEMBER 13, 2004 |

### MOTION FOR PERMISSION TO FILE AN EXTENDED REPLY BRIEF

The Plaintiff, Travelers Casualty & Surety Company of America ("Travelers"), hereby moves for permission to file an extended reply brief that is over the ten page limit on reply briefs under Local Rule 7(d). The parties in this action have filed cross motions for summary judgment. Both Travelers and the TIG Insurance Company ("TIG") have filed briefs in opposition to each others motion for summary judgment. Travelers is seeking permission from this Court to file its Reply Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, which is over the ten page limit on reply briefs under Local Rule 7(d). The basis for this motion is TIG introduced wholly new issues in its opposition brief; therefore, Travelers would not be able to fully and adequately respond to the issues raised in TIG's opposition brief in ten pages.

GRANTED. The Clerk shall docket the attached Plaintiff's Reply Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, dated December 13, 2004. It is so ordered.

Alvin Thompson U.S.D.J.    12/15/04    Hartford, CT

2004 DEC 16 P 3: 45
U.S. DISTRICT COURT
HARTFORD, CT.