UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | : | CIVIL ACTION NO.: 3:02CV408AWT |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TIG INSURANCE COMPANY, | : | APRIL 22, 2005 |
| | : | |
| Defendant | : | |

## CONSENT MOTION TO EXTEND TIME FOR DEFENDANT TIG INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S NOTICE TO ADMIT

Defendant TIG Insurance Company ("TIG") respectfully moves this Court for an extension up to May 31, 2005 within which to respond to Plaintiff Travelers Casualty & Surety Company of America's ("Travelers") Notice to Admit, dated March 30, 2005. In support of its motion, TIG respectfully submits the following:

1. Travelers served a Notice to Admit upon defendant on or about March 30, 3005.

2. This is the first motion for extension of this deadline.

3. Plaintiff's counsel, Peter M. Nolin of SANDAK HENNESSEY & GRECO LLP, consents to the requested time extension up to May 31, 2005.

Respectfully submitted,

FOR THE DEFENDANT
TIG INSURANCE COMPANY,

By: _____
Louis G. Corsi (ct 26157)
LANDMAN CORSI BALLAINE &
FORD P.C.
120 Broadway - 27th Floor
New York, New York  10271-0079
Tel (212) 238-4800
Fax (212) 238-4848
E-Mail: lcorsi@LCBF.com

## CERTIFICATION

I hereby certify that on April 22, 2005 a copy of the foregoing **CONSENT MOTION TO EXTEND TIME FOR DEFENDANT TIG INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S NOTICE TO ADMIT** was sent by regular mail, postage prepaid, to:

> Peter M. Nolin
> Sandak Friedman Hennessey & Greco, LLP
> 970 Summer Street
> Stamford, CT 06905
>
> Jeffrey Tinley
> Tinley Nastri Renehan & Dost, LLP
> 601 North Main Street, 2nd Floor
> Waterbury, Connecticut 06702

_____
Louis G. Corsi