UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | : | CIVIL ACTION NO.: 3:02CV408(AWT) |
| Plaintiff, | : | |
| v. | : | |
| TIG INSURANCE COMPANY, | : | APRIL 22, 2005 |
| Defendant | : | |

## CONSENT MOTION TO EXTEND TIME FOR DEFENDANT TIG INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S NOTICE TO ADMIT

Defendant TIG Insurance Company ("TIG") respectfully moves this Court for an extension up to May 31, 2005 within which to respond to Plaintiff Travelers Casualty & Surety Company of America's ("Travelers") Notice to Admit, dated March 30, 2005. In support of its motion, TIG respectfully submits the following:

1. Travelers served a Notice to Admit upon defendant on or about March 30, 3005.

2. This is the first motion for extension of this deadline.

3. Plaintiff's counsel, Peter M. Nolin of SANDAK HENNESSEY & GRECO LLP, consents to the requested time extension up to May 31, 2005.

393161.1 DocsNY

Extension GRANTED, to and including May 31, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  5/4/05