**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
TRAVELERS CASUALTY & SURETY   :
COMPANY OF AMERICA,           :
                              :
     Plaintiff,               :
                              :
v.                            : Civil No.3:02CV00408(AWT)
                              :
TIG INSURANCE COMPANY,        :
                              :
         Defendant.           :
                              :
------------------------------x
```

**ENDORSEMENT ORDER**

The Plaintiff's Motion for Summary Judgment (Doc. No. 50) and the Defendant's Motion for Summary Judgment (Doc. No. 54) are hereby DENIED as moot, because counsel for both parties have reported to the chambers of the undersigned that this case has settled.

It is so ordered.

Dated at Hartford, Connecticut this 3rd day of June 2005.

_____    _____/s/_____
                                  Alvin W. Thompson
                            United States District Judge