UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | CIVIL ACTION NO.: 302CV408AWT |
| Plaintiff, | |
| v. | |
| TIG INSURANCE COMPANY, | JUNE , 2005 |
| Defendant. | |

## STIPULATION
## OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the parties to the above-entitled action identified below, that the above-entitled action be and the same hereby is dismissed with prejudice, without costs to any party as against the other.

Dated: June 27, 2005

Peter Nolin, Esq.(ct 06223)
Attorney for Plaintiff
Sandak Friedman Hennessey
 & Greco, LLP
970 Summer Street
Stamford, CT 06905
pnolin@shglaw.com

Louis G. Corsi, Esq. (ct 26157)
Attorney for Defendant
Landman Corsi Ballaine
 & Ford P.C.
120 Broadway
New York, New York 10271
lcorsi@LCBF.com

(signatures continued on next page)

396371.1 DocsNY

_[signature]_
Jeffrey Tinley, Esq.(ct 402031)
Attorney for Defendant
Tinley Nastri Renehan & Dost, LLP
601 North Main Street, 2nd Floor
Waterbury, Connecticut 06702
jtinley@tnrdlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, : | CIVIL ACTION NO.: 302CV408AWT |
| Plaintiff, : | |
| v. : | |
| TIG INSURANCE COMPANY, : | JUNE  , 2005 |
| Defendant. : | |

## STIPULATION
## OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the parties to the above-entitled action identified below, that the above-entitled action be and the same hereby is dismissed with prejudice, without costs to any party as against the other.

Dated: June __, 2005

| | |
|---|---|
| _____ | _____ |
| Peter Nolin, Esq.(ct 06223) | Louis G. Corsi, Esq. (ct 26157) |
| Attorney for Plaintiff | Attorney for Defendant |
| Sandak Friedman Hennessey | Landman Corsi Ballaine |
|   & Greco, LLP |   & Ford P.C. |
| 970 Summer Street | 120 Broadway |
| Stamford, CT 06905 | New York, New York 10271 |
| pnolin@shglaw.com | lcorsi@LCBF.com |

(signatures continued on next page)

396371.1 DocsNY