UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRAVELERS CASUALTY & SURETY : CIVIL ACTION NO.: 302CV408AWT
COMPANY OF AMERICA,
                                        :
          Plaintiff,
                                        :
v.
                                        :
TIG INSURANCE COMPANY,         : JUNE   , 2005
                                        :
          Defendant.                   :
                                        :
                                        :
                                        :

## STIPULATION
## OF DISMISSAL WITH PREJUDICE

:

**IT IS HEREBY STIPULATED AND AGREED,** by and between the

undersigned attorneys of record for the parties to the above-entitled action identified

below, that the above-entitled action be and the same hereby is dismissed with

prejudice, without costs to any party as against the other.

Dated: June  7, 2005

Peter Nolin, Esq.(ct 06223)            Louis G. Corsi, Esq. (ct 26157)
Attorney for Plaintiff                 Attorney for Defendant
Sandak Friedman Hennessey              Landman Corsi Ballaine
   & Greco, LLP                           & Ford P.C.
970 Summer Street                      120 Broadway
Stamford, CT 06905                     New York, New York 10271
pnolin@shglaw.com                      lcorsi@LCBF.com

(signatures continued on next page)

396371.1 DocsNY